TODD M. LANDER (BAR NO. 173031)
todd.lander@ffslaw.com
MARK B. MIZRAHI (BAR NO. 179384)
mark.mizrahi@ffslaw.com
FREEMAN, FREEMAN & SMILEY, LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:  (310) 255-6100
Facsimile:  (310) 255-6200

Attorneys for Plaintiff NG IMPORTS,
INC.

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NG IMPORTS, INC., a California corporation, | Case No. |
| Plaintiff, | **COMPLAINT FOR PATENT INFRINGEMENT** |
| vs. | **DEMAND FOR JURY TRIAL** |
| CREATEDHAIR DESIGNS, LLC, a California limited liability company, | |
| Defendant. | |

Plaintiff NG IMPORTS, INC. ("NG Imports" or "Plaintiff"), for its claims for relief against Defendant CREATEDHAIR DESIGNS, LLC ("Defendant"), hereby avers as follows:

## AVERMENTS COMMON TO ALL CLAIMS FOR RELIEF

The following averments are common to, and are incorporated by reference in, all claims for relief which follow:

## JURISDICTION AND VENUE

1.      This is a civil action arising under the Patent Act, Title 35 U.S.C. § 1 *et seq.*  Subject matter jurisdiction lies in this Court pursuant to 28 U.S.C. §§ 1331 and 1338(a).

2.      This Court has personal jurisdiction over Defendant, as Defendant

5139462.1 27165-200

conducts business in California and this District, including the acts complained of herein, and is subject to the jurisdiction of this Court.  In fact, Defendant is a California limited liability company with its principal place of business in this District.  Defendant is subject to the personal jurisdiction in this Court and is amenable to service of process pursuant to California long-arm statute, Cal. Code of Civ. Procedure § 415.40, and Fed. R. Civ. P. 4(e).

3.     Venue lies in this district pursuant to 28 U.S.C. § 1391 and 1400.

## THE PARTIES

4.     Plaintiff, NG IMPORTS, INC. is a corporation organized and existing under the laws of the State of California, having a principal place of business in Los Angeles County, California.

5.     Upon information and belief, Defendant CREATEDHAIR DESIGNS, LLC  is a California limited liability company, having a principal place of business in Los Angeles County, California.

6.     Plaintiff, NG Imports is in the business of, *inter alia*, making, using, offering for sale, and selling hairpieces, wigs and accessories therefor.

7.     Defendant is in the business of, *inter alia*, making, using, offering for sale, and selling hairpieces, wigs and accessories therefor.

## THE PATENTS-IN-SUIT

8.     On January 5, 2021, United States Patent No. 10,881,159 ("the '159 Patent"), entitled "Wig Grip Apparatus," was duly and legally issued by the United States Patent and Trademark Office ("USPTO").  A true and correct copy of the '159 Patent is attached as **Exhibit A** to this Complaint.

9.     On March 24, 2020, United States Patent No. D879,382 ("the '382 Patent"), entitled "Wig Grip," was duly and legally issued by the USPTO.  A true and correct copy of the '382 Patent is attached hereto as **Exhibit B** to this Complaint.

10.     On March 16, 2021, United States Patent No. 10,945,477 ("the '477

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

Patent"), entitled "Wig Grip Apparatus," was duly and legally issued by the USPTO. A true and correct copy of the '477 Patent is attached as **Exhibit C** to this Complaint.

11. The '159 Patent, the '382 Patent, and '477 Patent are collectively referred to herein as the "Patents-in-Suit." By assignment, NG Imports owns all rights, title, and interest in and to the Patents-in-Suit. Plaintiff has the right to sue and recover damages for the infringement of the Patents-in-Suit.

12. At no time has NG Imports given Defendant permission, license, or authorization to use or practice the invention of any claims of the Patents-in-Suit.

13. Plaintiff has complied with the statutory requirement of placing a notice of the Patents-in-Suit on wig grip bands embodying the inventions of one or more claims of the Patents-in Suit that it offers for sale and sells.

14. On information and belief, Defendant designs, manufactures, markets, imports, and sells a wig grip apparatus, under the designation "Wig SECURE Crystal" as depicted on **Exhibit D** (the "Accused Products"), that infringes one or more claims of the Patents-in-Suit, either literally or under the doctrine of equivalents, under 35 U.S.C. §§ 271(a). As used herein, the term "Accused Products" includes any variations on the Wig SECURE Crystal branded product covered by one or more claims of the Patents-in-Suit, including without limitation variations in color.

15. Despite having been informed, at least as early as July 1, 2021, of the '159 Patent and Defendant's infringement thereof, Defendant continues to sell, offer for sale, distribute, import, and/or manufacture the Accused Products.

16. Plaintiff is informed and believes and thereupon alleges that the acts and conduct of Defendant complained of herein constitute willful infringement of the '159 Patent. To the extent that Defendant continues to sell the Accused Products after having received a copy of this Complaint, Defendant's infringement of all of the Patents-in-Suit will constitute willful infringement thereof.

## COUNT I

### (Infringement of U.S. Patent No. 10,881,159)

17.    Plaintiff hereby incorporates paragraphs 1 through 16, inclusive, herein by this reference.

18.    Defendant has directly infringed, and continues to directly infringe, at least one claim of the '159 Patent, either literally or under the doctrine of equivalents, including at least claims 1 and 20 thereof, under 35 U.S.C. § 271(a) by making, using, selling, and/or offering for the Accused Products within the United States, and/or by importing the Accused Products into the United States.

19.    **Exhibit E** to this Complaint describes a non-limiting example of Defendant's infringement, based on Plaintiff's current information and belief.  This description is based on publicly available information. Plaintiff makes this preliminary and exemplary identification of infringing products and infringed claims without the benefit of discovery or claim construction in this action, and expressly reserves the right to augment, supplement, and revise their contentions based on additional information obtained through discovery or otherwise, pursuant to the Federal Rules of Civil Procedure, to this Court's rules and any applicable Local Rules, and/or as is otherwise appropriate.

20.    Defendant's infringement has caused, and is continuing to cause, damage and irreparable injury to Plaintiff, and Plaintiff will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court.  Plaintiff is entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

## COUNT II

### (Infringement of U.S. Patent No. D879,382)

21.    Plaintiff hereby incorporates paragraphs 1 through 16, inclusive, herein by this reference.

22.    On information and belief, Defendant designs, manufactures, markets,

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1   imports, and sells Accused Products, that infringe the claim of the '382 Patent,

2   either literally or under the doctrine of equivalents, under 35 U.S.C. §§ 271(a).

3       23.   Defendants had actual notice of the '382 Patent at least upon the filing,

4   notice, or service of this Complaint.

5       24.   **Exhibit F** to this Complaint describes a non-limiting example of

6   Defendant's infringement, based on Plaintiff's current information and belief.  This

7   description is based on publicly available information.  Plaintiff makes this

8   preliminary and exemplary identification of infringing products and infringed claims

9   without the benefit of discovery or claim construction in this action, and expressly

10  reserves the right to augment, supplement, and revise their contentions based on

11  additional information obtained through discovery or otherwise, pursuant to the

12  Federal Rules of Civil Procedure, to this Court's rules and any applicable Local

13  Rules, and/or as is otherwise appropriate.

14      25.   Defendant's infringement has caused, and is continuing to cause,

15  damage and irreparable injury to Plaintiff, and Plaintiff will continue to suffer

16  damage and irreparable injury unless and until that infringement is enjoined by this

17  Court.  Plaintiff is entitled to injunctive relief and damages in accordance with 35

18  U.S.C. §§ 271, 281, 283, and 284.

19      26.   Plaintiff is also entitled to damages in accordance with 35 U.S.C. §

20  289.

## COUNT III

### (Infringement of U.S. Patent No. 10,945,477)

23      27.   Plaintiff hereby incorporates paragraphs 1 through 16, inclusive, herein

24  by this reference.

25      28.   On information and belief, Defendant designs, manufactures, markets,

26  imports, and sells Accused Products, that infringe one or more claims of the '477

27  Patent, either literally or under the doctrine of equivalents, including at least claim 1

28  under 35 U.S.C. §§ 271(b).

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

29.    Defendant has induced, and continues to induce, infringement of at least one claim of the '477 Patent under 35 U.S.C. § 271(b) by, among other things, actively and knowingly aiding and abetting others (including Defendant's retail partners and end users) to infringe the '477 Patent with the specific intent to encourage their infringement, through activities such as marketing Defendant's Accused Products in connection with promotional materials and product literature (including webpages and videos) created and distributed by Defendant and/or its agents, that are designed to instruct, encourage, enable, and facilitate the use of the Accused Products in a manner that infringes the '477 Patent.  Upon information and belief, Defendant induces such infringing acts and knows or is willfully blind to the fact that its actions would induce actual infringement of the '477 Patent.

30.    **Exhibit G** to this Complaint describes a non-limiting example of Defendant's infringement, based on Plaintiff's current information and belief.  This description is based on publicly available information. Plaintiff makes this preliminary and exemplary identification of infringing products and infringed claims without the benefit of discovery or claim construction in this action, and expressly reserves the right to augment, supplement, and revise their contentions based on additional information obtained through discovery or otherwise, pursuant to the Federal Rules of Civil Procedure, to this Court's rules and any applicable Local Rules, and/or as is otherwise appropriate.

31.    Defendant has actual knowledge of Plaintiff's rights in the '477 patent and details of Defendant's infringement of the '477 patent based on at least the filing, notice, and/or service of this Complaint.

32.    Defendant's infringement has caused, and is continuing to cause, damage and irreparable injury to Plaintiff, and Plaintiff will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court.  Plaintiff is entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for the following relief:

a.      For a judgment in favor of Plaintiff that Defendant has infringed the '159 Patent;

b.      For a judgment in favor of Plaintiff that Defendant has infringed the '382 Patent;

c.      For a judgment in favor of Plaintiff that Defendant has induced infringement of the '477 Patent;

d.      For a judgment preliminarily and permanently enjoining Defendant and its officers, directors, agents, servants, employees, affiliates, attorneys, and all others acting in privity or in concert with them, and its investors, partners, parents, subsidiaries, divisions, successors, and assigns, from (1) further acts of infringement of the Patents-in-Suit and (2) making, using, selling, importing, and offering for sale the Wig SECURE Crystal product, during the pendency of this case or after a final judgment in this case;

e.      For an award of damages sufficient to compensate Plaintiff for Defendant's infringement of the Patents-in-Suit in an amount not less than a reasonable royalty;

f.      For a judgment in favor of Plaintiff that this case is "exceptional" under 35 U.S.C. § 285, and an award to Plaintiffs of their reasonable attorneys' fees incurred in this action;

g.      For an award of pre- and post-judgment interest, and the taxation of all allowable costs against Defendant;

h.      That Defendant be ordered to provide an accounting for the damages resulting from the infringement of the Patents-in-Suit, together with interest and costs, and all other damages permitted by 35 U.S.C. §§ 284 and 289, as applicable, including an accounting for infringing sales not presented at trial and an award by the court of additional damages for any such infringing sales;

1   i.   That Defendant be ordered to pay Plaintiff Defendant's total profit

2  made by Defendant for its sale of the Accused Products, pursuant to 35 U.S.C. §

3  289;

4   j.   That the Court determine that Defendant's infringement of the Patents-

5  in-Suit was willful and award Plaintiff treble damages under 35 U.S.C. § 284; and

6   k.   That Plaintiff have such other, further, and different relief as the Court

7  deems proper and just under the circumstances.

8   Respectfully submitted,

9  DATED: October 11, 2021   FREEMAN, FREEMAN & SMILEY, LLP

10

11

12   By: _____*/s/ Mark B. Mizrahi*_____

13   TODD M. LANDER
   MARK B. MIZRAHI

14   Attorneys for Plaintiff NG IMPORTS,
   INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial of all issues triable by a jury.

Respectfully submitted,

DATED: October 11, 2021          FREEMAN, FREEMAN & SMILEY, LLP

By:    */s/ Mark B. Mizrahi*
        TODD M. LANDER
        MARK B. MIZRAHI
        Attorneys for Plaintiff NG IMPORTS,
        INC.

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

# EXHIBIT A

US010881159B2

(12) **United States Patent**
Geisinsky et al.

(10) Patent No.: **US 10,881,159 B2**
(45) Date of Patent: **Jan. 5, 2021**

(54) **WIG GRIP APPARATUS**

(71) Applicant: **NG Imports, Inc.**, Long Beach, CA (US)

(72) Inventors: **Yehudis Geisinsky**, Long Beach, CA (US); **Yitzchok Geisinsky**, Long Beach, CA (US)

(73) Assignee: **NG Imports, Inc.**, Long Beach, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **16/819,024**

(22) Filed: **Mar. 13, 2020**

(65) **Prior Publication Data**

US 2020/0214379 A1     Jul. 9, 2020

**Related U.S. Application Data**

(63) Continuation of application No. 16/276,579, filed on Feb. 14, 2019.

(51) **Int. Cl.**
**A41G 3/00**     (2006.01)

(52) **U.S. Cl.**
CPC .................................. **A41G 3/0016** (2013.01)

(58) **Field of Classification Search**
CPC ...... A41G 3/00; A41G 3/0008; A41G 3/0016; A41G 3/0033; A41G 3/0041; A41G 3/005;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,207,574 A | * | 12/1916 | Lewis | ...................... A45D 8/40 |
| | | | | 132/274 |
| 1,545,881 A | * | 7/1925 | Cohen | .................. A41G 3/0041 |
| | | | | 132/54 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| DE | 337251 C | * | 5/1921 | .............. A41G 3/00 |
| DE | 202014104804 U1 | * | 10/2014 | ........... A41G 3/0008 |

(Continued)

OTHER PUBLICATIONS

GB Design Registration No. 4035095, entitled "Head band with wireless communication device built in"; Publication date Apr. 24, 2014; Registration owner: Bluefingers Laboratories Europe Limited.

(Continued)

*Primary Examiner* — Rachel R Steitz
(74) *Attorney, Agent, or Firm* — Lance M. Pritikin

(57)     **ABSTRACT**

An exemplary wig grip apparatus includes a first securement member, a second securement member and a mesh element. The securement members are comprised of a flexible fabric. The mesh element is transparent and affixed to inboard portions of the securement elements. The outboard portions may be configured to be placed into releasable gripping engagement with one another by way of mutually-engageable complementary fastener elements. The securement members each include a forward edge and an opposing rearward edge. The mesh element may include a frontal segment having a forward periphery. The forward periphery is preferably in alignment with the forward edges. The mesh element may include a parting-line segment extending oppositely of the forward periphery. The width of the frontal segment may be greater than the corresponding width of the parting-line segment. Moreover, the parting-line segment

(Continued)



## US 10,881,159 B2

Page 2

may include a rearward periphery in alignment with the rearward edges.

**23 Claims, 6 Drawing Sheets**

(58) **Field of Classification Search**
CPC ...... A41G 3/0058; A41G 5/00; A41G 5/0053;
A41G 5/0093; A42B 1/008; A42B 1/225;
A45D 8/36; A45D 8/40
USPC ............ 132/53, 54, 55, 56, 201; 2/171, 174,
2/209.5; D28/41, 92, 93
See application file for complete search history.

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,634,190 | A | * | 6/1927 | Hepner ..................... A41G 3/00 |
| | | | | 132/53 |
| 1,740,764 | A | * | 12/1929 | Bong ....................... A41G 3/00 |
| | | | | 132/201 |
| 2,233,100 | A | * | 2/1941 | Jevnikar .................. A41G 3/00 |
| | | | | 132/53 |
| 2,700,977 | A | * | 2/1955 | Neerup ................. A45D 8/40 |
| | | | | 132/273 |
| 2,736,325 | A | * | 2/1956 | Dvorzsak ........... A41G 5/0006 |
| | | | | 132/53 |
| 3,474,798 | A | | 10/1969 | Tillotson |
| 3,788,332 | A | | 1/1974 | Abbott et al. |
| 4,155,370 | A | | 5/1979 | Nemoto |
| 4,492,242 | A | * | 1/1985 | Dalton ................ A41G 5/0093 |
| | | | | 132/53 |
| D333,013 | S | | 2/1993 | Scianna |
| 5,265,280 | A | * | 11/1993 | Walsh .................... A41D 13/11 |
| | | | | 128/206.12 |
| 5,657,774 | A | * | 8/1997 | Niese ................... A41G 5/0093 |
| | | | | 132/105 |
| 5,806,535 | A | * | 9/1998 | Becker ................. A41G 3/0016 |
| | | | | 132/53 |
| 6,352,079 | B1 | | 3/2002 | Bate |
| 7,537,014 | B1 | | 5/2009 | Yoo |
| D644,379 | S | | 8/2011 | Vanesse |
| 8,261,753 | B2 | | 9/2012 | Newman et al. |
| 8,266,721 | B1 | * | 9/2012 | Mueller ................. A42B 1/041 |
| | | | | 2/171 |
| D669,633 | S | | 10/2012 | Hedgren |
| D712,094 | S | | 8/2014 | Branson |
| 9,027,568 | B2 | | 5/2015 | Lee |
| 9,107,460 | B1 | | 8/2015 | Synn et al. |
| 9,138,024 | B1 | * | 9/2015 | Solomon ............ A41G 5/0073 |
| 9,486,023 | B1 | * | 11/2016 | Kim ........................ A41G 3/00 |
| D879,382 | S | * | 3/2020 | Ning ............................ D28/93 |
| 2003/0029467 | A1 | * | 2/2003 | Katon ................. A41G 3/0033 |
| | | | | 132/53 |
| 2003/0131861 | A1 | | 7/2003 | Prestia |
| 2004/0149299 | A1 | | 8/2004 | Kim |
| 2006/0174905 | A1 | * | 8/2006 | Bias .................... A41G 5/0093 |
| | | | | 132/53 |
| 2007/0283975 | A1 | * | 12/2007 | Ma ...................... A41G 5/0093 |
| | | | | 132/53 |
| 2008/0178902 | A1 | * | 7/2008 | Moeszinger ............. A45D 8/36 |
| | | | | 132/273 |
| 2011/0023902 | A1 | * | 2/2011 | Cho ...................... A41G 5/005 |
| | | | | 132/53 |
| 2011/0073122 | A1 | * | 3/2011 | Shigematsu ........... A41G 5/005 |
| | | | | 132/54 |
| 2011/0186065 | A1 | * | 8/2011 | Inoue ...................... A41G 5/00 |
| | | | | 132/54 |
| 2011/0303234 | A1 | * | 12/2011 | Xiangyong ........ A41G 3/0075 |
| | | | | 132/54 |
| 2012/0222692 | A1 | * | 9/2012 | Ray ................... A41G 5/0093 |
| | | | | 132/53 |
| 2013/0019889 | A1 | * | 1/2013 | Palmer-Rogers .... A41G 3/0041 |
| | | | | 132/201 |
| 2014/0020703 | A1 | * | 1/2014 | Tiram ............. A41D 20/00 |
| | | | | 132/201 |
| 2014/0202481 | A1 | | 7/2014 | Sato et al. |
| 2014/0251362 | A1 | * | 9/2014 | Lee ........................ A41G 3/00 |
| | | | | 132/201 |
| 2014/0326267 | A1 | * | 11/2014 | Peterson ............... A41G 5/004 |
| | | | | 132/201 |
| 2015/0013708 | A1 | | 1/2015 | Chamberlain |
| 2015/0128979 | A1 | | 5/2015 | Suh |
| 2015/0327609 | A1 | | 11/2015 | Suh |
| 2017/0095026 | A1 | | 4/2017 | Chung |
| 2018/0007988 | A1 | | 1/2018 | Kim et al. |
| 2018/0055122 | A1 | * | 3/2018 | Kim ................... A41G 3/0033 |
| 2019/0104793 | A1 | * | 4/2019 | Young .................. A41G 5/004 |

### FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| GB | 191401976 | A | * | 5/1914 ............... A41G 3/00 |
| GB | 1388300 | | | 3/1975 |
| GB | 2537182 | A | * | 12/2016 ............. A41G 5/00 |
| WO | WO-2015064870 | A1 | * | 5/2015 ............ A41G 5/005 |

### OTHER PUBLICATIONS

JP Design Registration No. D1379926, entitled "Retention band which is something which"; Publication date Feb. 15, 2010; Registration owner: Brain Ltd.

JP Design Registration No. D1391781, entitled "Hair band"; Publication date Jul. 5, 2010; Registration owner: Sante Professional Corporation.

JP Design Registration No. D1586936, entitled "Head band"; Publication date Oct. 2, 2017; Registration owner: Takayuki Onuma.

KR Design Registration No. 3002983000000, entitled "Cold Pack Pack Band"; Publication date May 17, 2002; Applicant: Lee Seong Hoon.

KR Design Registration No. 3005060070000, entitled "Perfume Blocking Hair Band"; Publication date Sep. 17, 2008; Applicant: Jeong, Myoung-Seok.

KR Design Registration No. 3006686140001, entitled "Hair Band"; Publication date Nov. 22, 2012; Applicant: J&J USA Co. Ltd.

Title: "Discover ideas about U part wig"; URL: https://www.pinterest.com/pin/63064475049908146/; Published date: Feb. 2019.

Title: "Milano Collection Original WiGrip Wig Comfort Band"; URL: http://www.mcwigs.com/wigrip.html; Published date: Sep. 22, 2017.

* cited by examiner



FIG. 1

FIG. 2



**FIG. 3**



**FIG. 4**



**FIG. 5**

**FIG. 6**



**FIG. 7**



**FIG. 8**



**FIG. 9**

US 10,881,159 B2

## WIG GRIP APPARATUS

### TECHNICAL FIELD

The disclosure herein relates generally to wigs and hair-pieces. More particularly, the present disclosure relates to devices for facilitating the stable attachment of wigs to the head of a wearer.

### BACKGROUND

The lace foundation portions of conventional wigs and frontal hairpieces tend to be transparent, and therefore need to lay very flat on the scalp in order to optimally achieve a natural appearance. Consequently, when a conventional wig gripping device is worn between the wearer's scalp and the conventional wig, that conventional device is frequently visible through the hairpiece foundation to the eye of an outside observer. What is needed is a wig grip device that helps removably secure a lace-foundation wig or frontal hairpiece to the head of a wearer, while preserving the appearance that the hair stands of the headpiece originate from the underlying scalp at the location of the front hairline and hair part of the hairpiece.

### SUMMARY

One or more deficiencies of the prior art are solved by way of embodiments of the wig grip apparatus in accordance with the present disclosure.

### BRIEF DESCRIPTION OF THE DRAWINGS

Further advantages of the present invention may become apparent to those skilled in the art with the benefit of the following detailed description of the preferred embodiments and upon reference to the accompanying drawings in which:

FIG. **1** is a diagrammatic bottom plan view of one example wig grip apparatus in accordance with the present disclosure;

FIG. **2** is a diagrammatic top plan view of the example wig grip apparatus shown in FIG. **1**;

FIG. **3** is a diagrammatic front view illustrating the example wig grip apparatus of FIG. **1** having been secured to the head of a wearer prior to application of a wig;

FIG. **4** is a diagrammatic rear view illustrating the example wig grip apparatus of FIG. **1** secured to the head of a wearer prior to application of the wig, with the complementary fastener elements being in their releasable gripping engagement with one another;

FIG. **5** diagrammatic right-front perspective view illustrating the example wig grip apparatus of FIG. **1** secured to the head of a wearer prior to application of the wig, with the complementary fastener elements being in their releasable gripping engagement with one another;

FIG. **6** diagrammatic left-front perspective view illustrating the example wig grip apparatus of FIG. **1** secured to the head of a wearer prior to application of the wig;

FIG. **7** is a diagrammatic front view illustrating the example wig grip apparatus of FIG. **1** secured to the head of a wearer, and the wig in the process of being applied over the wig grip apparatus;

FIG. **8** is a diagrammatic front view similar to that of FIG. **7**, but wherein the forward section of the wig foundation has been brought into position to at least partially overlap with the frontal segment of the mesh element; and

FIG. **9** is a diagrammatic front view similar to that of FIG. **8**, but wherein application of the wig over the wig grip apparatus is complete, and the forward section of the wig foundation at least partially overlaps with the frontal segment of the mesh element.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring now to the drawings, like reference numerals designate identical or corresponding features throughout the several views.

With reference to the several drawings, embodiments of a wig grip apparatus are shown generally at **100**, and are configured to facilitate enhanced securement of a wig **102** to the head (scalp) **106** of a wearer. The wig grip apparatus **100** may preferably comprise at least a first securement member **108**, a second securement member **114** and a mesh element **120**.

Referring to FIGS. **1** and **2**, the first securement member **108** may be comprised of a flexible fabric and may have a first outboard portion **110** and a first inboard portion **112** disposed oppositely of one another. Similarly, the second securement member **114** may be comprised of a flexible fabric and may have a second outboard portion **116** and a second inboard portion **118** disposed oppositely of one another. The first securement member **108** may have a first length **146** and the second securement member **114** may have a second length **148**. The first length **146** may be greater than the second length **148**.

The mesh element **120** may be transparent and affixed to the first inboard portion **112** and the second inboard portion **118**. Such affixing may be way of, for example, stitching, adhesive, a combination thereof or the like. The term "transparent" is generally used herein to refer to a material capable of transmitting light therethrough so that bodies and surfaces lying beneath can be clearly seen through the material. Examples of a transparent mesh may include mesh fabrics that are fine or sheer enough to be seen through. More particularly, in certain preferred embodiment of the wig grip apparatus **100**, the mesh element **120** may have a percent visible transmittance of at least 70%. In particular preferred embodiment of a wig grip apparatus **100**, the mesh element **120** may have a percent visible transmittance of at least 85%. In certain preferred embodiment of a wig grip apparatus **100**, the mesh element **120** may be comprised of a nylon mesh fabric, such as a hexagonal nylon mesh fabric. In specific preferred embodiment of a wig grip apparatus **100**, the mesh element **120** is T-shaped (e.g., includes two distinct portions that extend orthogonally to one another).

The first outboard portion **110** and second outboard portion **116** are preferably configured to be placed into releasable gripping engagement with one another. In preferred embodiments of a wig grip apparatus **100**, the first and second outboard portions **110** and **116** may include complementary fastener elements **142** and **144** which are mutually engageable for providing the aforementioned releasable gripping engagement. The complementary fastener elements may be, for example, a first hook-and-loop fastener member and a second hook-and-loop fastener member (i.e., one fastener element having one more hooks and the other fastener element having one or more loops).

Referring to FIGS. **1** and **2**, the securement members **108** and **114** may each include a forward edge **126** and an opposing rearward edge **128**. The mesh element **120** may include a frontal segment **130** having a forward periphery **132**, and the forward periphery **132** may preferably be in

US 10,881,159 B2

3

alignment with the forward edges **126**. In certain embodiments, the forward periphery **132** and the forward edges **126** may collectively follow a non-linear forward pathway (See, for example, FIGS. **1** and **2**). The non-linear forward pathway may be arcuate or angled in some fashion.

Referring to FIGS. **1** and **2**, the mesh element **120** may include a parting-line segment **134** extending oppositely of the forward periphery **132**. The frontal segment **130** may have a frontal segment width **136**, and the parting-line segment **134** may have a parting-line segment width **138** defined in parallel with the frontal segment width **136**. In certain preferred embodiments of a wig grip apparatus **100**, the frontal segment width **136** is greater than the parting line segment width **138**.

Referring to FIG. **1**, the parting-line segment **134** may include a rearward periphery **140**. The rearward periphery **140** may be in alignment with the rearward edges **128**. In such embodiments, the rearward periphery **140** and the rearward edges **128** may collectively follow a non-linear rearward pathway (See, for example, FIGS. **1** and **2**). The non-linear rearward pathway may be arcuate or angled in some fashion.

Referring to FIGS. **1** and **2**, the first securement member **108** may have a first inner surface **150** and a first outer surface **152**. Similarly, the second securement member **114** may have a second inner surface **154** and a second outer surface **156**. In particular preferred embodiments of the wig grip apparatus **100**, the first and second securement members **110** and **114** may be generally opaque and may comprise velvet or velour. For example, referring to FIGS. **1** and **6**, the inner surfaces **150** and **154** may comprise a velour with piled fibers oriented unidirectionally so as to cause increased friction between the securement members and the scalp **106** of the wearer when the wig grip apparatus **100** is pulled in a rearward direction **158** across the scalp **106** (i.e., higher friction than friction caused by movement of the wig grip apparatus in the forward direction **160**). Additionally or in the alternative, referring to FIGS. **2** and **6**, the outer surfaces **152** and **156** may comprise a velour with piled fibers oriented unidirectionally so as to cause increased friction between the securement members and the wig foundation **104** when the wig foundation **104** is pulled in a rearward direction **158** across the wig grip apparatus **100** (i.e., higher friction than friction caused by movement of the wig in the forward direction **160**). These frictional adaptations allow the wig grip apparatus **100** to help supportingly affix the wig **102** to the scalp **106** of the wearer, particularly in the case of heavier wigs that tend to pull backwards from the forehead of the wearer.

FIGS. **7-9** illustrate a sequence of applying the wig **102** having a wig foundation **104** to the head **106** of a wearer, with the wig grip apparatus **100** disposed therebetween. Various embodiments of a wig grip apparatus **100** may be adapted for use with lace top wigs and frontals. Lace foundation wigs and frontals generally have a transparent foundation **104** and need to lay very flat to optimally produce a natural appearance. When a conventional gripping object is worn underneath such conventional wigs and frontals, that object is typically visible to the human eye. Advantageously, the transparency of the mesh element **120** and its ability to lay flat against the scalp **106** allows the natural appearance and color of the wearer's scalp **106** to pass through the wig grip apparatus **100** and the wig foundation **104**. The mesh element **120** is generally configured to sit flat on the forehead when the user's front hairline would be and where part of the lace wig or frontal will be positioned. This allows the wearer to secure the wig or

4

frontal to the head in the flattest, most natural way possible, thereby avoiding creating bulk that may appear unnatural near the front and/or parting line of the hairpiece. Such construction also helps it appear to an outside observer that the hair stands of the wig **102** interface directly with the scalp **106** of the wearer.

While embodiments of the invention have been illustrated and described, it is not intended that these embodiments illustrate and describe all possible forms of the invention. Rather, the words used in the specification are words of description rather than limitation, and it is understood that various changes may be made without departing from the spirit and scope of the invention.

What is claimed is:

**1**. A wig grip apparatus for facilitating enhanced securement of a wig to the head of a wearer, the wig grip apparatus comprising:

a first securement member comprised of velvet or velour and having a first outboard portion and a first inboard portion disposed oppositely of one another;

a second securement member comprised of velvet or velour and having a second outboard portion and a second inboard portion disposed oppositely of one another; and

a mesh element being transparent and affixed between the first inboard portion and the second inboard portion;

wherein the first outboard portion and second outboard portion are configured to be placed into releasable gripping engagement with one another; and

wherein

(a) the first securement member, the second securement member and the mesh element collectively form a band configured to encircle a head of a wearer when the first outboard portion and second outboard portion are in said releasable gripping engagement with one another;

(b) the mesh element includes a forward periphery extending from the first inboard portion to the second inboard portion; and

(c) the wig grip apparatus terminates at the forward periphery.

**2**. A wig grip apparatus as defined in claim **1** wherein the mesh element is affixed to the first and second inboard portions by way of stitching, adhesive or a combination thereof.

**3**. A wig grip apparatus as defined in claim **1** wherein the mesh element is comprised of a nylon mesh fabric.

**4**. A wig grip apparatus as defined in claim **3** wherein the nylon mesh fabric is hexagonal.

**5**. A wig grip apparatus as defined in claim **1** wherein

(a) the securement members each include a forward edge and an opposing rearward edge;

(b) the mesh element includes a frontal segment having the forward periphery; and

(c) the forward periphery is in alignment with the forward edges.

**6**. A wig grip apparatus as defined in claim **5** wherein the forward periphery and the forward edges collectively follow a non-linear forward pathway.

**7**. A wig grip apparatus as defined in claim **5** wherein

(a) the mesh element includes a parting-line segment extending oppositely of the forward periphery;

(b) the frontal segment has a frontal segment width;

(c) the parting-line segment has a parting-line segment width defined in parallel with the frontal segment width; and

US 10,881,159 B2

5

(d) the frontal segment width is greater than the parting line segment width.

**8**. A wig grip apparatus as defined in claim **7** wherein
(a) the parting-line segment includes a rearward periphery; and
(b) the rearward periphery is in alignment with the rearward edges.

**9**. A wig grip apparatus as defined in claim **8** wherein the rearward periphery and the rearward edges collectively follow a non-linear rearward pathway.

**10**. A wig grip apparatus as defined in claim **1** wherein the first and second outboard portions include complementary fastener elements for providing the releasable gripping engagement.

**11**. A wig grip apparatus as defined in claim **10** wherein the complementary fastener elements are a first hook-and-loop fastener member and a second hook-and-loop fastener element.

**12**. A wig grip apparatus as defined in claim **10** wherein the first securement member has a first length and the second securement member has a second length, the first length being greater than the second length.

**13**. A wig grip apparatus as defined in claim **1** wherein the mesh element is T-shaped.

**14**. A wig grip apparatus as defined in claim **1** wherein the first and second securement members are opaque.

**15**. A wig grip apparatus for facilitating enhanced securement of a wig to the head of a wearer, the wig grip apparatus comprising:
a first securement member comprised of an opaque flexible fabric and having a first outboard portion and a first inboard portion disposed oppositely of one another;
a second securement member comprised of an opaque flexible fabric and having a second outboard portion and a second inboard portion disposed oppositely of one another; and
a mesh element being transparent and affixed to the first inboard portion and the second inboard portion;
wherein
(a) the securement members each include a forward edge and an opposing rearward edge;
(b) the mesh element includes a frontal segment having a forward periphery;
(c) the forward periphery is in alignment with the forward edges;
(d) the first outboard portion and second outboard portion are configured to be placed into releasable gripping engagement with one another;
(e) the mesh element includes a parting-line segment extending oppositely of the forward periphery;
(f) the frontal segment has a frontal segment width;
(g) the parting-line segment has a parting-line segment width defined in parallel with the frontal segment width;
(h) the frontal segment width is greater than the parting line segment width;
(i) the first and second outboard portions include mutually-engageable complementary fastener elements for providing the releasable gripping engagement;
(j) the first securement member, the second securement member and the mesh element collectively form a band configured to encircle a head of a wearer when

6

the first outboard portion and second outboard portion are in said releasable gripping engagement with one another; and
(k) the wig grip apparatus terminates at the forward periphery.

**16**. A wig grip apparatus as defined in claim **15** wherein
(a) the parting-line segment includes a rearward periphery; and
(b) the rearward periphery is in alignment with the rearward edges.

**17**. A wig grip apparatus as defined in claim **15** wherein the mesh element is comprised of a nylon mesh fabric.

**18**. A wig grip apparatus as defined in claim **15** wherein the first securement member has a first length and the second securement member has a second length, the first length being greater than the second length.

**19**. A wig grip apparatus as defined in claim **15** wherein the first and second securement members comprise a velour fabric.

**20**. A wig grip apparatus for facilitating enhanced securement of a wig to the head of a wearer, the wig grip apparatus comprising:
a first securement member comprised of a velvet or velour and having a first outboard portion and a first inboard portion disposed oppositely of one another;
a second securement member comprised of a velvet or velour and having a second outboard portion and a second inboard portion disposed oppositely of one another; and
a mesh element being transparent and affixed to the first inboard portion and the second inboard portion;
wherein the first outboard portion and second outboard portion are in mutual engagement for securing the wig grip apparatus around the head of the wearer; and
wherein
(a) the first securement member, the second securement member and the mesh element collectively form a band configured to encircle a head of a wearer;
(b) the mesh element includes a forward periphery extending from the first inboard portion to the second inboard portion; and
(c) the wig grip apparatus terminates at the forward periphery.

**21**. A wig grip apparatus as defined in claim **20** wherein the inboard portions are separated from one another by way of the mesh element.

**22**. A wig grip apparatus as defined in claim **20** wherein
(a) the mesh element is affixed to the first and second inboard portions by way of stitching, adhesive or a combination thereof;
(b) the securement members include a forward edge and an opposing rearward edge; and
(c) the mesh element extends from the forward edge to the rearward edge.

**23**. A wig grip apparatus as defined in claim **22** wherein
(a) the securement members are opaque; and
(b) the mesh element is comprised of a hexagonal nylon mesh fabric.

\* \* \* \* \*

# EXHIBIT B

US00D879382S

(12) **United States Design Patent**  (10) Patent No.:  **US D879,382 S**
Ning                          (45) Date of Patent:  ** Mar. 24, 2020

(54) **WIG GRIP**

(71) Applicant: **Zhengzhou Kerui Electronic Commerce Co., Ltd.**, Zhengzhou (CN)

(72) Inventor: **Like Ning**, Xuchang (CN)

(\*\*) Term: **15 Years**

(21) Appl. No.: **29/711,414**

(22) Filed: **Oct. 31, 2019**

(51) **LOC (12) Cl.** ............................................. **28-04**

(52) **U.S. Cl.**
USPC ......................................................... **D28/93**

(58) **Field of Classification Search**
USPC ..... D28/21–34, 39–43, 92, 93; D2/871–875; D24/191
CPC ... A45D 8/00; A45D 8/34; A41G 3/00; A41G 3/0008; A41G 3/0016; A41G 3/0041; A41G 3/0058; A41G 3/0091
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,806,535 A | \* | 9/1998 | Becker ................. A41G 3/0016 132/53 |
| D693,061 S | | 11/2013 | Price |
| D713,534 S | \* | 9/2014 | Manley, Jr. ................. D24/189 |
| D742,594 S | \* | 11/2015 | Kleinman ...................... D28/92 |
| D743,104 S | \* | 11/2015 | Kleinman ...................... D28/92 |
| D779,120 S | \* | 2/2017 | Cull ............................... D28/41 |
| D841,253 S | \* | 2/2019 | Poellnitz ...................... D28/92 |
| D873,493 S | \* | 1/2020 | Geisinsky ............ A41G 3/0016 D28/93 |

\* cited by examiner

*Primary Examiner* — Zenia I Bennett
(74) *Attorney, Agent, or Firm* — Jie Yang; ZANIP

(57) **CLAIM**

The ornamental design for a wig grip, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a wig grip, showing my new design;
FIG. **2** is a rear perspective view thereof;
FIG. **3** is a front elevational view thereof;
FIG. **4** is a rear elevational view thereof;
FIG. **5** is a left side elevational view thereof;
FIG. **6** is a right side elevational view thereof;
FIG. **7** is a top plan view thereof;
FIG. **8** is a bottom plan view thereof;
FIG. **9** is an enlarged view of a portion indicated in FIG. **1**; and,
FIG. **10** is an enlarged view of a portion indicated in FIG. **2**.
The broken lines in the figures illustrate portions of the wig grip that form no part of the claimed design.

**1 Claim, 10 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4

FIG. 5



FIG. 6

FIG. 7

FIG. 8



FIG. 9



FIG. 10

# EXHIBIT C

US010945477B2

(12) **United States Patent**

Geisinsky et al.

(10) Patent No.: **US 10,945,477 B2**

(45) **Date of Patent:** **Mar. 16, 2021**

(54) **WIG GRIP APPARATUS**

(71) Applicant: **NG Imports, Inc.**, Long Beach, CA (US)

(72) Inventors: **Yehudis Geisinsky**, Long Beach, CA (US); **Yitzchok Geisinsky**, Long Beach, CA (US)

(73) Assignee: **NG Imports, Inc.**, Long Beach, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **16/276,579**

(22) Filed: **Feb. 14, 2019**

(65) **Prior Publication Data**

US 2020/0015532 A1      Jan. 16, 2020

(51) **Int. Cl.**
**A41G 5/00**        (2006.01)
**A41G 3/00**        (2006.01)

(52) **U.S. Cl.**
CPC .................................. **A41G 3/0016** (2013.01)

(58) **Field of Classification Search**
CPC ...... A41G 3/00; A41G 3/0008; A41G 3/0016; A41G 3/0033; A41G 3/0041; A41G 3/005;

(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

1,207,574 A  * 12/1916  Lewis ...................... A45D 8/40
                                                                        132/274
1,545,881 A  *  7/1925  Cohen .................. A41G 3/0041
                                                                         132/54

(Continued)

FOREIGN PATENT DOCUMENTS

DE            337251 C  *  5/1921  ............... A41G 3/00
DE    202014104804 U1 * 10/2014  ........... A41G 3/0008

(Continued)

OTHER PUBLICATIONS

GB Design Registration No. 4035095, entitled "Head band with wireless communication device built in"; Publication date Apr. 24, 2014; Registration owner: Bluefingers Laboratories Europe Limited.

(Continued)

*Primary Examiner* — Rachel R Steitz
(74) *Attorney, Agent, or Firm* — Lance M. Pritikin

(57)                    **ABSTRACT**

An exemplary wig grip apparatus includes a first securement member, a second securement member and a mesh element. The securement members are comprised of a flexible fabric. The mesh element is transparent and affixed to inboard portions of the securement elements. The outboard portions may be configured to be placed into releasable gripping engagement with one another by way of mutually-engageable complementary fastener elements. The securement members each include a forward edge and an opposing rearward edge. The mesh element may include a frontal segment having a forward periphery. The forward periphery is preferably in alignment with the forward edges. The mesh element may include a parting-line segment extending oppositely of the forward periphery. The width of the frontal segment may be greater than the corresponding width of the parting-line segment. Moreover, the parting-line segment may include a rearward periphery in alignment with the rearward edges.

**10 Claims, 6 Drawing Sheets**



**US 10,945,477 B2**

Page 2

(58) **Field of Classification Search**
CPC ...... A41G 3/0058; A41G 5/00; A41G 5/0053;
A41G 5/0093; A42B 1/008; A42B 1/225;
A45D 8/36; A45D 8/40
USPC ............ 132/53, 54, 55, 56, 201; 2/171, 174,
2/209.5; D28/41, 92, 93
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,634,190 A | * | 6/1927 | Hepner ..................... A41G 3/00 132/53 |
| 1,740,764 A | * | 12/1929 | Bong ....................... A41G 3/00 132/201 |
| 2,233,100 A | * | 2/1941 | Jevnikar .................. A41G 3/00 132/53 |
| 2,700,977 A | * | 2/1955 | Neerup .................... A45D 8/40 132/273 |
| 2,736,325 A | * | 2/1956 | Dvorzsak ............. A41G 5/0006 132/53 |
| 3,474,798 A | | 10/1969 | Tillotson |
| 3,788,332 A | | 1/1974 | Abbott et al. |
| 4,155,370 A | | 5/1979 | Nemoto |
| D333,013 S | | 2/1993 | Scianna |
| 5,265,280 A | * | 11/1993 | Walsh ..................... A41B 13/11 128/206.12 |
| 5,657,774 A | * | 8/1997 | Niese .................. A41G 5/0093 132/105 |
| 5,806,535 A | * | 9/1998 | Becker ................. A41G 3/0016 132/53 |
| 6,352,079 B1 | | 3/2002 | Bate |
| 7,537,014 B1 | | 5/2009 | Yoo |
| D644,379 S | | 8/2011 | Vanesse |
| 8,261,753 B2 | | 9/2012 | Newman et al. |
| 8,266,721 B1 | * | 9/2012 | Mueller ................ A42B 1/041 2/171 |
| D669,633 S | | 10/2012 | Hedgren |
| D712,094 S | | 8/2014 | Branson |
| 9,027,568 B2 | | 5/2015 | Lee |
| 9,107,460 B1 | | 8/2015 | Synn et al. |
| 9,138,024 B1 | * | 9/2015 | Solomon ............. A41G 5/0073 |
| 9,486,023 B1 | * | 11/2016 | Kim .................... A41G 3/00 |
| D879,382 S | * | 3/2020 | Ning ........................... D28/93 |
| 2003/0029467 A1 | * | 2/2003 | Katon ................. A41G 3/0033 132/53 |
| 2003/0131861 A1 | | 7/2003 | Prestia |
| 2004/0149299 A1 | | 8/2004 | Kim |
| 2006/0174905 A1 | * | 8/2006 | Bias ................... A41G 5/0093 132/53 |
| 2007/0283975 A1 | * | 12/2007 | Ma .................... A41G 5/0093 132/53 |
| 2008/0178902 A1 | * | 7/2008 | Moeszinger ............ A45D 8/36 132/273 |
| 2011/0023902 A1 | * | 2/2011 | Cho ................... A41G 3/005 132/53 |
| 2011/0041866 A1 | * | 2/2011 | Bermeister ............ A45D 8/40 132/273 |

| | | | |
|---|---|---|---|
| 2011/0073122 A1 | * | 3/2011 | Shigematsu ........... A41G 3/005 132/54 |
| 2011/0186065 A1 | * | 8/2011 | Inoue ...................... A41G 5/00 132/54 |
| 2011/0303234 A1 | * | 12/2011 | Xiangyong ........... A41G 3/0075 132/54 |
| 2012/0222692 A1 | * | 9/2012 | Ray ..................... A41G 5/0093 132/53 |
| 2013/0019889 A1 | * | 1/2013 | Palmer-Rogers .... A41G 3/0041 132/201 |
| 2014/0020703 A1 | * | 1/2014 | Tiram ................... A41D 20/00 132/201 |
| 2014/0202481 A1 | | 7/2014 | Sato et al. |
| 2014/0251362 A1 | * | 9/2014 | Lee ...................... A41G 3/00 132/201 |
| 2014/0326267 A1 | * | 11/2014 | Peterson ................ A41G 5/004 132/53 |
| 2015/0013708 A1 | | 1/2015 | Chamberlain |
| 2015/0128979 A1 | | 5/2015 | Suh |
| 2015/0327609 A1 | | 11/2015 | Suh |
| 2017/0095026 A1 | | 4/2017 | Chung |
| 2018/0007988 A1 | | 1/2018 | Kim et al. |
| 2018/0055122 A1 | * | 3/2018 | Kim ................... A41G 3/0033 |
| 2019/0104793 A1 | * | 4/2019 | Young ................. A41G 5/004 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| GB | 191401976 A | * | 5/1914 ............. A41G 3/00 |
| GB | 1388300 | | 3/1975 |
| GB | 2537182 A | * | 12/2016 ............. A41G 5/00 |
| WO | WO-2015064870 A1 | * | 5/2015 ............. A41G 3/005 |

OTHER PUBLICATIONS

JP Design Registration No. D1379926, entitled "Retention band which is something which", Publication date Feb. 15, 2010; Registration owner: Brain Ltd.
JP Design Registration No. D1391781, entitled "Hair Band"; Publication date Jul. 5, 2010; Registration owner: Sante Professional Corporation.
JP Design Registration No. D1586936, entitled "Head band"; Publication date Oct. 2, 2017; Registration owner: Takayuki Onuma.
KR Design Registration No. 3002983000000, entitled "Cold Pack Pack Band"; Publication date May 17, 2002; Applicant: Lee Seong Hoon.
KR Design Registration No. 3005060070000, entitled "Perfume Blocking Hair Band"; Publication date Sep. 17, 2008; Applicant: Jeong, Myoung-Seok.
KR Design Registration No. 3006686140001, entitled "Hair Band"; Publication date Nov. 22, 2012; Applicant: J&J USA Co. Ltd.
Title: "Discover ideas about U part wig"; URL: https://www.pinterest.com/pin/630644754049080146/; Published date: Feb. 2019.
Title: "Milano Collection Original WiGrip Wig Comfort Band"; URL: http://www.mcwigs.com/wigrip.html; Published date: Sep. 22, 2017.

* cited by examiner





**FIG. 3**



**FIG. 4**



**FIG. 5**

**FIG. 6**



**FIG. 7**



**FIG. 8**



**FIG. 9**

US 10,945,477 B2

1

# WIG GRIP APPARATUS

### TECHNICAL FIELD

The disclosure herein relates generally to wigs and hair-pieces. More particularly, the present disclosure relates to devices for facilitating the stable attachment of wigs to the head of a wearer.

### BACKGROUND

The lace foundation portions of conventional wigs and frontal hairpieces tend to be transparent, and therefore need to lay very flat on the scalp in order to optimally achieve a natural appearance. Consequently, when a conventional wig gripping device is worn between the wearer's scalp and the conventional wig, that conventional device is frequently visible through the hairpiece foundation to the eye of an outside observer. What is needed is a wig grip device that helps removably secure a lace-foundation wig or frontal hairpiece to the head of a wearer, while preserving the appearance that the hair stands of the headpiece originate from the underlying scalp at the location of the front hairline and hair part of the hairpiece.

### SUMMARY

One or more deficiencies of the prior art are solved by way of embodiments of the wig grip apparatus in accordance with the present disclosure.

### BRIEF DESCRIPTION OF THE DRAWINGS

Further advantages of the present invention may become apparent to those skilled in the art with the benefit of the following detailed description of the preferred embodiments and upon reference to the accompanying drawings in which:

FIG. 1 is a diagrammatic bottom plan view of one example wig grip apparatus in accordance with the present disclosure;

FIG. 2 is a diagrammatic top plan view of the example wig grip apparatus shown in FIG. 1;

FIG. 3 is a diagrammatic front view illustrating the example wig grip apparatus of FIG. 1 having been secured to the head of a wearer prior to application of a wig;

FIG. 4 is a diagrammatic rear view illustrating the example wig grip apparatus of FIG. 1 secured to the head of a wearer prior to application of the wig, with the comple-mentary fastener elements being in their releasable gripping engagement with one another;

FIG. 5 diagrammatic right-front perspective view illus-trating the example wig grip apparatus of FIG. 1 secured to the head of a wearer prior to application of the wig, with the complementary fastener elements being in their releasable gripping engagement with one another;

FIG. 6 diagrammatic left-front perspective view illustrat-ing the example wig grip apparatus of FIG. 1 secured to the head of a wearer prior to application of the wig;

FIG. 7 is a diagrammatic front view illustrating the example wig grip apparatus of FIG. 1 secured to the head of a wearer, and the wig in the process of being applied over the wig grip apparatus;

FIG. 8 is a diagrammatic front view similar to that of FIG. 7, but wherein the forward section of the wig foundation has been brought into position to at least partially overlap with the frontal segment of the mesh element; and

2

FIG. 9 is a diagrammatic front view similar to that of FIG. 8, but wherein application of the wig over the wig grip apparatus is complete, and the forward section of the wig foundation at least partially overlaps with the frontal seg-ment of the mesh element.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring now to the drawings, like reference numerals designate identical or corresponding features throughout the several views.

With reference to the several drawings, embodiments of a wig grip apparatus are shown generally at 100, and are configured to facilitate enhanced securement of a wig 102 to the head (scalp) 106 of a wearer. The wig grip apparatus 100 may preferably comprise at least a first securement member 108, a second securement member 114 and a mesh element 120.

Referring to FIGS. 1 and 2, the first securement member 108 may be comprised of a flexible fabric and may have a first outboard portion 110 and a first inboard portion 112 disposed oppositely of one another. Similarly, the second securement member 114 may be comprised of a flexible fabric and may have a second outboard portion 116 and a second inboard portion 118 disposed oppositely of one another. The first securement member 108 may have a first length 146 and the second securement member 114 may have a second length 148. The first length 146 may be greater than the second length 148.

The mesh element 120 may be transparent and affixed to the first inboard portion 112 and the second inboard portion 118. Such affixing may be way of, for example, stitching, adhesive, a combination thereof or the like. The term "trans-parent" is generally used herein to refer to a material capable of transmitting light therethrough so that bodies and surfaces lying beneath can be clearly seen through the material. Examples of a transparent mesh may include mesh fabrics that are fine or sheer enough to be seen through. More particularly, in certain preferred embodiment of the wig grip apparatus 100, the mesh element 120 may have a percent visible transmittance of at least 70%. In particular preferred embodiment of a wig grip apparatus 100, the mesh element 120 may have a percent visible transmittance of at least 85%. In certain preferred embodiment of a wig grip appa-ratus 100, the mesh element 120 may be comprised of a nylon mesh fabric, such as a hexagonal nylon mesh fabric. In specific preferred embodiment of a wig grip apparatus 100, the mesh element 120 is T-shaped (e.g., includes two distinct portions that extend orthogonally to one another).

The first outboard portion 110 and second outboard por-tion 116 are preferably configured to be placed into releas-able gripping engagement with one another. In preferred embodiments of a wig grip apparatus 100, the first and second outboard portions 110 and 116 may include comple-mentary fastener elements 142 and 144 which are mutually engageable for providing the aforementioned releasable gripping engagement. The complementary fastener elements may be, for example, a first hook-and-loop fastener member and a second hook-and-loop fastener member (i.e., one fastener element having one more hooks and the other fastener element having one or more loops).

Referring to FIGS. 1 and 2, the securement members 108 and 114 may each include a forward edge 126 and an opposing rearward edge 128. The mesh element 120 may include a frontal segment 130 having a forward periphery 132, and the forward periphery 132 may preferably be in

US 10,945,477 B2

3

alignment with the forward edges **126**. In certain embodiments, the forward periphery **132** and the forward edges **126** may collectively follow a non-linear forward pathway (See, for example, FIGS. **1** and **2**). The non-linear forward pathway may be arcuate or angled in some fashion.

Referring to FIGS. **1** and **2**, the mesh element **120** may include a parting-line segment **134** extending oppositely of the forward periphery **132**. The frontal segment **130** may have a frontal segment width **136**, and the parting-line segment **134** may have a parting-line segment width **138** defined in parallel with the frontal segment width **136**. In certain preferred embodiments of a wig grip apparatus **100**, the frontal segment width **136** is greater than the parting line segment width **138**.

Referring to FIG. **1**, the parting-line segment **134** may include a rearward periphery **140**. The rearward periphery **140** may be in alignment with the rearward edges **128**. In such embodiments, the rearward periphery **140** and the rearward edges **128** may collectively follow a non-linear rearward pathway (See, for example, FIGS. **1** and **2**). The non-linear rearward pathway may be arcuate or angled in some fashion.

Referring to FIGS. **1** and **2**, the first securement member **108** may have a first inner surface **150** and a first outer surface **152**. Similarly, the second securement member **114** may have a second inner surface **154** and a second outer surface **156**. In particular preferred embodiments of the wig grip apparatus **100**, the first and second securement members **110** and **114** may be generally opaque and may comprise velvet or velour. For example, referring to FIGS. **1** and **6**, the inner surfaces **150** and **154** may comprise a velour with piled fibers oriented unidirectionally so as to cause increased friction between the securement members and the scalp **106** of the wearer when the wig grip apparatus **100** is pulled in a rearward direction **158** across the scalp **106** (i.e., higher friction than friction caused by movement of the wig grip apparatus in the forward direction **160**). Additionally or in the alternative, referring to FIGS. **2** and **6**, the outer surfaces **152** and **156** may comprise a velour with piled fibers oriented unidirectionally so as to cause increased friction between the securement members and the wig foundation **104** when the wig foundation **104** is pulled in a rearward direction **158** across the wig grip apparatus **100** (i.e., higher friction than friction caused by movement of the wig in the forward direction **160**). These frictional adaptations allow the wig grip apparatus **100** to help supportingly affix the wig **102** to the scalp **106** of the wearer, particularly in the case of heavier wigs that tend to pull backwards from the forehead of the wearer.

FIGS. **7-9** illustrate a sequence of applying the wig **102** having a wig foundation **104** to the head **106** of a wearer, with the wig grip apparatus **100** disposed therebetween. Various embodiments of a wig grip apparatus **100** may be adapted for use with lace top wigs and frontals. Lace foundation wigs and frontals generally have a transparent foundation **104** and need to lay very flat to optimally produce a natural appearance. When a conventional gripping object is worn underneath such conventional wigs and frontals, that object is typically visible to the human eye. Advantageously, the transparency of the mesh element **120** and its ability to lay flat against the scalp **106** allows the natural appearance and color of the wearer's scalp **106** to pass through the wig grip apparatus **100** and the wig foundation **104**. The mesh element **120** is generally configured to sit flat on the forehead when the user's front hairline would be and where part of the lace wig or frontal will be positioned. This allows the wearer to secure the wig or

4

frontal to the head in the flattest, most natural way possible, thereby avoiding creating bulk that may appear unnatural near the front and/or parting line of the hairpiece. Such construction also helps it appear to an outside observer that the hair stands of the wig **102** interface directly with the scalp **106** of the wearer.

While embodiments of the invention have been illustrated and described, it is not intended that these embodiments illustrate and describe all possible forms of the invention. Rather, the words used in the specification are words of description rather than limitation, and it is understood that various changes may be made without departing from the spirit and scope of the invention.

What is claimed is:

1. A method of using a wig grip apparatus for facilitating enhanced securement of a hairpiece to the head of a wearer, the method comprising:

   providing a wig grip apparatus comprising
   - (a) a first securement member comprised of a velvet or velour and having a first outboard portion and a first inboard portion disposed oppositely of one another;
   - (b) a second securement member comprised of a velvet or velour and having a second outboard portion and a second inboard portion disposed oppositely of one another; and
   - (c) a mesh element being transparent and affixed to the first inboard portion and the second inboard portion, wherein the mesh element includes a forward periphery and the wig grip apparatus terminates at the forward periphery;

   securing the wig grip apparatus to the head of the wearer; and

   applying a hairpiece having a foundation to the head, whereby the wig grip apparatus is disposed between the head and the foundation.

2. A method as defined in claim **1**, wherein the step of securing results in the wig grip apparatus encircling the head of the wearer.

3. A method as defined in claim **1** wherein the mesh element is comprised of a nylon mesh fabric.

4. A method as defined in claim **3** wherein the nylon mesh fabric is hexagonal.

5. A method as defined in claim **1** wherein
   - (a) the securement members each include a forward edge and an opposing rearward edge; and
   - (b) the forward periphery is in alignment with the forward edges.

6. A method as defined in claim **5** wherein the forward periphery and the forward edges collectively follow a non-linear forward pathway.

7. A method as defined in claim **5** wherein the mesh element includes
   - (a) a frontal segment having the forward periphery and a frontal segment width; and
   - (b) a parting-line segment extending oppositely of the forward periphery and having a parting-line segment width defined in parallel with the frontal segment width, the frontal segment width being greater than the parting line segment width.

8. A method as defined in claim **7** wherein
   - (a) the parting-line segment includes a rearward periphery; and
   - (b) the rearward periphery is in alignment with the rearward edges.

9. A method as defined in claim **8** wherein the rearward periphery and the rearward edges collectively follow a non-linear rearward pathway.

US 10,945,477 B2

5

6

**10**. A method as defined in claim **1** wherein the mesh element is T-shaped.

\* \* \* \* \*

# EXHIBIT D

# EXHIBIT D









5136326.1
27421-830

# EXHIBIT E

**EXHIBIT E**

| USPN 10,881,159 Claim 20 | Application to Wig SECURE Crystal product |
|---|---|
| 20. A wig grip apparatus for facilitating enhanced securement of a wig to the head of a wearer, the wig grip apparatus comprising: | The Wig SECURE product is a "wig grip apparatus for facilitating enhanced securement of the wig to the head of a wearer," as recited at and depicted below in the photograph obtained from the Amazon Source[1]: <br><br> "WigSECURE Crystal Non-Slip Wig Silicone Grip Head Band With Anti-Slide Solution For All Wigs …" <br><br>  |
| a first securement member comprised of a velvet or velour and having a first outboard portion and a first inboard portion disposed oppositely of one another; | The accused device has both a "first securement member" and a "second securement member", i.e. the bands on either side of the mesh, as shown in the photograph below obtained from the Amazon Source: <br><br>  <br><br> As depicted above, the "first securement member" has "a first outboard portion and a first inboard portion disposed oppositely of one another" <br><br> The securement members are made of velvet or velour, as claimed directly on the Amazon Source: |

---

[1] As depicted and described at the Amazon storefront page located at (accessed on Oct. 5, 2021): https://www.amazon.com/WigSECURE-Anti-Slide-Undetectable-Adjustable-Reversible/dp/B094PR5Q73/ref=sr_1_13?dchild=1&keywords=CreatedHair&qid=1631643527&sr=8-13&th=1 (referred to herein as the "Amazon Source").

| | |
|---|---|
| | "Undetectable Adjustable Reversible Velvet Wig Grip" and "The high quality, fully adjustable, ultra soft velour fabric, provides excellent breathability while helping to reduce wig cap pressure." |
| a second securement member comprised of a velvet or velour and having a second outboard portion and a second inboard portion disposed oppositely of one another; | The accused device has both a "first securement member" and a "second securement member", i.e. the bands on either side of the mesh, as shown in the photograph below obtained from the Amazon Source:  As above, the "second securement member" has "a second outboard portion and a second inboard portion disposed oppositely of one another" The securement members are made of velvet or velour, as claimed directly on the Amazon Source: "Undetectable Adjustable Reversible Velvet Wig Grip" and "The high quality, fully adjustable, ultra soft velour fabric, provides excellent breathability while helping to reduce wig cap pressure." |
| and a mesh element being transparent and affixed to the first inboard portion and the second inboard portion; | As depicted below, the accused device has "a mesh element being transparent and affixed to the first inboard portion and the second inboard portion"  |
| wherein the first outboard portion and second outboard portion are in mutual engagement for securing the wig grip | As is apparent from the below photograph obtained from the Amazon Source, the band wraps around the head of the wearer, such that the outboard portions of each of |

| | |
|---|---|
| apparatus around the head of the wearer; | each securement member are in "mutual engagement for securing the wig grip apparatus around the head of the wearer".<br><br> |
| and wherein (a) the first securement member, the second securement member and the mesh element collectively form a band configured to encircle a head of a wearer; | As is apparent from the below photographs obtained from the Amazon Source, "the first securement member, the second securement member and the mesh element collectively form a band configured to encircle a head of a wearer;".<br><br><br><br> |
| (b) the mesh element includes a forward periphery extending from the first inboard portion to the second inboard portion; |  |

| | |
|---|---|
| and (c) the wig grip apparatus terminates at the forward periphery. | <br><br>As can be seen in the above photograph, the wig grip apparatus terminates at the "forward periphery" (which under subsection (b) expressly refers to the mesh element). |

# EXHIBIT F

**EXHIBIT F**

| **D879,382 Claim Excerpt** | **Application to Wig SECURE Crystal product[1]** |
|---|---|
|  | |

---

[1] As depicted and described at the Amazon storefront page located at :
https://www.amazon.com/WigSECURE-Anti-Slide-Undetectable-Adjustable-
Reversible/dp/B094PR5Q73/ref=sr_1_13?dchild=1&keywords=CreatedHair&qid=1631643527
&sr=8-13&th=1 and the YouTube video located at
https://www.youtube.com/watch?v=WSzpKLB6uCA.





The Accused Product has the same X pattern and central mesh element between the first securement member and second securement member, and heavy stitched borders.

# EXHIBIT G

**EXHIBIT G**

| USPN 10,945,477 Claim 1 | Application to Wig SECURE Crystal brand product |
|---|---|
| 1. A method of using a wig grip apparatus for facilitating enhanced securement of a hairpiece to the head of a wearer, the method comprising: providing a wig grip apparatus comprising | Amazon Source[1]:  "WigSECURE Crystal Non-Slip Wig Silicone Grip Head Band With Anti-Slide Solution For All Wigs …"<br><br><br><br>See also YouTube video located at the following link: https://www.youtube.com/watch?v=WSzpKLB6uCA[2]:<br><br>"Wig security a huge subject and a big fear of most women is that our wigs are going to fall off….  I started working on a band…"<br><br>As further displayed in the video, as set forth below:<br><br> |
| (a) a first securement member comprised of a velvet or velour and having a first outboard portion and a first inboard portion disposed | The accused device as both a "first securement member" and a "second securement member", *i.e.*, the bands on either side of the mesh, as shown in the photograph below obtained from the Amazon Source: |

[1] As depicted and described at the Amazon storefront page located at (accessed on Oct. 5, 2021): https://www.amazon.com/WigSECURE-Anti-Slide-Undetectable-Adjustable-Reversible/dp/B094PR5Q73/ref=sr_1_13?dchild=1&keywords=CreatedHair&qid=1631643527&sr=8-13&th=1 (referred to herein as the "Amazon Source").

[2] The YouTube video at the following link is referred to herein as the "YouTube Source": https://www.youtube.com/watch?v=WSzpKLB6uCA.

| | |
|---|---|
| oppositely of one another; |  |
| | As depicted above, the "first securement member" has "a first outboard portion and a first inboard portion disposed oppositely of one another". |
| | The securement members are made of velvet or velour, as claimed directly on the Amazon Source: |
| | "Undetectable Adjustable Reversible Velvet Wig Grip" and "The high quality, fully adjustable, ultra soft velour fabric, provides excellent breathability while helping to reduce wig cap pressure." |
| (b) a second securement member comprised of a velvet or velour and having a second outboard portion and a second inboard portion disposed oppositely of one another; and | The accused device has both a "first securement member" and a "second securement member", i.e. the bands on either side of the mesh, as shown in the photograph below obtained from the Amazon Source: |
| |  |
| | As depicted above, the "second securement member" has "a second outboard portion and a second inboard portion disposed oppositely of one another". |
| | The securement members are made of velvet or velour, as claimed directly on the Amazon Source: |
| | "Undetectable Adjustable Reversible Velvet Wig Grip" and "The high quality, fully adjustable, ultra soft velour fabric, provides excellent breathability while helping to reduce wig cap pressure." |
| (c) a mesh element being transparent and affixed to the first inboard portion and the second inboard | As depicted below, the accused device has "a mesh element being transparent and affixed to the first inboard portion and the second inboard portion". |



| portion, | |
|---|---|
| wherein the mesh element includes a forward periphery and the wig grip apparatus terminates at the forward periphery; | As set forth above, the mesh element as of the wig grip apparatus terminates at the forward periphery. |
| securing the wig grip apparatus to the head of the wearer; | *See* YouTube Source. |

| | |
|---|---|
| and applying a hairpiece having a foundation to the head, | <br><br>*See* YouTube Source. At that source the speaker also states with regard to the foundation of the hairpiece:<br><br>"Now I am going to put this on, and this is all lace." |
| whereby the wig grip apparatus is disposed between the head and the foundation. | <br><br><br>*See* YouTube Source. At that source the speaker also states:<br><br>"As you can see, you cannot see the band." |