LAURA FARBER (BAR NO. 149618)
LFarber@hahnlawyers.com
HAHN & HAHN LLP
301 E. Colorado Blvd., 9th Floor
Pasadena, CA 91101-1977
Telephone: (626) 796-9123 x368
Fax (626) 449-7357

LANCE G. JOHNSON  (*Pro Hac Vice* to be submitted)
JOHNSON LEGAL PLLC
12545 White Drive
Fairfax, Virginia 22030
Telephone: (202) 445-2000
Fax: (888) 492-1303

Attorneys for Defendant CREATEDHAIR DESIGNS, LLC

**UNITED STATES DISTRICT COURT FOR THE**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NG IMPORTS INC., <br><br> Plaintiff, <br><br> vs. <br><br> CREATEDHAIR DESIGNS, LLC, <br><br> Defendant | Case No.: 2:21-cv-08086-JAK-RAO <br><br> **ANSWER TO COMPLAINT** |

Defendant  CreatedHair Designs, LLC ("CHD"), by and through its attorneys, JOHNSON LEGAL PLLC and HAHN and HAHN, LLP, hereby responds to the complaint of NG IMPORTS INC. as follows:

**JURISDICTION AND VENUE**

    1.    Admitted.

///

2.  Admitted that CHD is subject to jurisdiction. All other allegations are denied.

3.  Admitted.

## THE PARTIES

4.  CHD is without sufficient information to admit or deny the allegations of this paragraph and thereby denies them.

5.  Admitted.

6.  CHD is without sufficient information to admit or deny the allegations of this paragraph and thereby denies them.

7.  Admitted.

## THE PATENTS IN SUIT

8.  Admitted that US Patent No. 10,881,159 was issued by the US Patent and Trademark Office on January 5, 2021. CHD is without sufficient information to admit or deny the remaining allegations of this paragraph and thereby denies them.

9.  Admitted that US Patent No. D879,382 was issued by the US Patent and Trademark Office on March 24, 2020. CHD is without sufficient information to admit or deny the remaining allegations of this paragraph and thereby denies them.

10. Admitted that US Patent No. 10,945,477 was issued by the US Patent and Trademark Office on March 16, 2021. CHD is without sufficient information to admit or deny the remaining allegations of this paragraph and thereby denies them.

11. CHD is without sufficient information to admit or deny the allegations of this paragraph and thereby denies them.

12. CHD is without sufficient information to admit or deny the allegations of this paragraph and thereby denies them.

///

13. CHD is without sufficient information to admit or deny the allegations of this paragraph and thereby denies them.

14. Denied.

15. Denied.

16. Denied.

## ANSWERING COUNT I

17. CHD incorporates and responds to this paragraph with the same responses as paragraphs 1-16.

18. Denied.

19. Denied.

20. Denied.

## ANSWERING COUNT II

21. CHD incorporates and responds to this paragraph with the same responses as paragraphs 1-16.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

## ANSWERING COUNT III

27. CHD incorporates and responds to this paragraph with the same responses as paragraphs 1-16.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

///

### PLAINTIFF'S PRAYER FOR RELIEF

33. CHD denies that Plaintiff is entitled to any relief and denies each of the allegations, averments, and other assertions contained in Plaintiff's Prayer for Relief.

### DEFENSES AND AFFIRMATIVE DEFENSES

34. CHD denies any allegations in the Complaint not specifically admitted above and hereby asserts the following defenses and affirmative defenses. CHD reserves the right to amend its Answer to add additional defenses, which may potentially include allegations of inequitable conduct, consistent with the facts discovered during the course of this case.

### FIRST AFFIRMATIVE DEFENSE
### (FAILURE TO STATE A CLAIM)

35. Plaintiff's Complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE
### (NON-INFRINGEMENT OF U.S. PATENT NO. 10,881,159)

36. CHD has not infringed any valid and enforceable claim of U.S. Patent No. 10,881,159.

### THIRD AFFIRMATIVE DEFENSE
### (NON-INFRINGEMENT OF US D879,382)

37. CHD has not infringed the design claimed in U.S. Patent No. D879,382.

### FOURTH AFFIRMATIVE DEFENSE
### (NON-INFRINGEMENT OF US 10,945,477)

38. CHD has not infringed any valid and enforceable claim of U.S. Patent No. 10,945,477.

///
///

## FIFTH AFFIRMATIVE DEFENSE
## (INVALIDITY OF U.S. PATENT NO. 10,881,159)

39. The claims of U.S. Patent No. 10,881,159 are invalid for failure to comply with the conditions and requirements of patentability set forth in the patent statutes, including 35 U.S.C. §§101, 102, 103, and/or 112.

## SIXTH AFFIRMATIVE DEFENSE
## (INVALIDITY OF U.S. PATENT NO. D879,382)

40. The design claimed in U.S. Patent No. 10,881,159 is invalid for failure to comply with the conditions and requirements of patentability set forth in the patent statutes, including 35 U.S.C. §§102, 103, and/or 112.

41. More specifically and without limitation, the design claimed in U.S. Patent No. 10,881,159 is invalid for failing to distinguish from the prior art wig bands with ornamental features that are not primarily functional.

## SEVENTH AFFIRMATIVE DEFENSE
## (INVALIDITY OF U.S. PATENT NO. 10,945,477)

42. The claims of U.S. Patent No. 10,945,477 are invalid for failure to comply with the conditions and requirements of patentability set forth in the patent statutes, including 35 U.S.C. §§101, 102, 103, and/or 112.

## EIGHTH AFFIRMATIVE DEFENSE
## (LIMITATION ON DAMAGES UNDER 35 U.S.C. § 287)

43. Plaintiff's claims for damages are limited, in whole or in part, under 35 U.S.C. 35 U.S.C. § 287.

## NINTH AFFIRMATIVE DEFENSE
## (PROSECUTION DISCLAIMER AND PROSECUTION HISTORY ESTOPPEL)

44. Plaintiff's claims for relief are barred, in whole or in part, by the doctrines of prosecution disclaimer and prosecution history estoppel.

///

## TENTH AFFIRMATIVE DEFENSE
## (EQUITABLE DOCTRINES INCLUDING ESTOPPEL, WAIVER, AND ACQUIESCENCE)

45. Plaintiff's claims are barred, in whole or in part, by operation of one or more equitable doctrines, including, but not limited to, estoppel, waiver, and/or acquiescence.

## ELEVENTH AFFIRMATIVE DEFENSE
## (LICENSE AND EXHAUSTION)

46. Plaintiff's claims are barred or limited, in whole or in part, as the result of license, exhaustion, or otherwise authorized use.

## TWELFTH AFFIRMATIVE DEFENSE
## (INTERVENING RIGHTS)

47. Plaintiff's claims are barred, in whole or in part, by the doctrine of intervening rights.

## THIRTEENTH AFFIRMATIVE DEFENSE
## (LACK OF IRREPARABLE HARM)

48. Plaintiff's claims for injunctive relief are barred because Plaintiff cannot show that it will suffer any irreparable harm from CHD's actions.

## FOURTEENTH AFFIRMATIVE DEFENSE
## (ADEQUATE REMEDY AT LAW)

49. Any alleged injury suffered by Plaintiff would be adequately compensated by damages. Accordingly, Plaintiff has a complete and adequate remedy at law and is not entitled to seek equitable relief.

## FIFTEENTH AFFIRMATIVE DEFENSE
## (NO DAMAGES)

50. Without admitting that the Complaint states a claim, there has been no damage in any amount, manner, or at all by reason of any alleged act by CHD set

///

forth in the Complaint, and the relief prayed for in the Complaint therefore cannot be granted.

## PRAYER FOR RELIEF

WHEREFORE, Defendant prays for judgment as follows:

1. That plaintiff takes nothing by way of its Complaint;

2. That the Complaint, and each and every purported claim for relief therein, be dismissed with prejudice;

3. That the asserted patents (US D879,382; 10,881,159; and 10,945,477) be found not infringed and/or invalid;

4. That Defendant be awarded its costs of suit incurred herein, including attorneys' fees and expenses; and

5. For such other and further relief as the Court deems just and proper.

DATED: December 22, 2021                HAHN & HAHN, LLP

                                        By: /s/ Laura V. Farber
                                            Laura V. Farber
                                            Attorneys for Defendant
                                            CREATEDHAIR DESIGNS, LLC

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this Action. I am employed in the county of Los Angeles, State of California. My Business address is 301 E. Colorado Boulevard, Ninth Floor, Pasadena, CA 91101-1977.

On December 22, 2021, I served true copies of the following document(s) described as <u>Answer to Complaint</u> on the interested Parties in this action as follows:

## SEE ATTACHED SERVICE LIST

By CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the clerk of the court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that i am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 22, 2021, at Pasadena, California.

/s/ Katie Ferguson
KATIE FERGUSON

# SERVICE LIST

Todd M. Lander, Esq.
Mark B. Mizrahi, Esq.
FREEMAN, FREEMAN & SMILEY, LLP
1888 Century Park East, Suite 1500
Los Angeles, CA 90067
todd.lander@ffslaw.com
mark.mizrahi@ffslaw.com
TEL: (310) 255-6100
FAX: (310) 255-6200

*Attorneys For Plaintiff*
*NG IMPORTS, INC.*