| | |
|---|---|
| 1 | ANNE WANG (CA BAR NO. 151000) |
| | awang@lewisroca.com |
| 2 | DREW WILSON (CA BAR NO. 283616) |
| | dwilson@lewisroca.com |
| 3 | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| | 655 North Central Avenue, Suite 2300 |
| 4 | Glendale, California 91203-1445 |
| | Telephone: (626) 795-9900 |
| 5 | |
| 6 | LANCE G. JOHNSON (Admitted Pro Hac Vice) |
| | lance@lgjlegal.com |
| | JOHNSON LEGAL PLLC |
| 7 | 12545 White Drive |
| | Fairfax, Virginia 22030-6413 |
| 8 | Telephone: (202) 445-2000 |
| | Facsimile: (888) 492-1303 |
| 9 | |
| 10 | Attorneys for Defendant |
| | CREATEDHAIR DESIGNS, LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NG IMPORTS INC., | Case No.: 2:21-cv-08086-JAK-RAO |
| Plaintiff, | **ANSWER TO FIRST AMENDED COMPLAINT** |
| vs. | |
| CREATEDHAIR DESIGNS, LLC, | |
| Defendant. | **Hon. John A. Kronstadt** |

Defendants CreatedHair Designs, LLC and CreatedHair, Inc. (collectively "CHD") hereby answer the complaint as follows:

1. Admitted.

2. Admitted.

3. Admitted.

ANSWER TO FIRST AMENDED COMPLAINT
-1-

## THE PARTIES

4. CHD is without sufficient information to admit or deny the allegations of this paragraph and thereby denies them.

5. Admitted.

6. Admitted.

7. CHD is without sufficient information to admit or deny the allegations of this paragraph and thereby denies them.

8. Admitted.

9. Admitted that defendants were working together. All other allegations are denied.

## THE PATENTS IN SUIT

10. Admitted that US Patent No. 10,881,159 was issued by the US Patent and Trademark Office on January 5, 2021. CHD is without sufficient information to admit or deny the remaining allegations of this paragraph and thereby denies them.

11. Admitted that US Patent No. D879,382 was issued by the US Patent and Trademark Office on March 24, 2020. CHD is without sufficient information to admit or deny the remaining allegations of this paragraph and thereby denies them.

12. Admitted that US Patent No. 10,945,477 was issued by the US Patent and Trademark Office on March 16, 2021. CHD is without sufficient information to admit or deny the remaining allegations of this paragraph and thereby denies them.

13. CHD is without sufficient information to admit or deny the allegations of this paragraph and thereby denies them.

14. CHD is without sufficient information to admit or deny the allegations of this paragraph and thereby denies them.

15. CHD is without sufficient information to admit or deny the allegations of this paragraph and thereby denies them.

16. Denied.

17. Denied.

18. Denied.

## COUNT I

19. (Mis-numbered as 17.) CHD incorporates and responds to this paragraph with the same responses as paragraphs 1-18.

20. (Mis-numbered as 18.) Denied.

21. (Mis-numbered as 19.) Denied.

22. (Mis-numbered as 20.) Denied.

## COUNT II

23. (Mis-numbered as 21.) CHD incorporates and responds to this paragraph with the same responses as paragraphs 1-18.

24. (Mis-numbered as 22.) Denied.

25. (Mis-numbered as 23.) Denied.

26. (Mis-numbered as 124) Denied.

27. (Mis-numbered as 25.) Denied.

28. (Mis-numbered as 26.) Denied.

## COUNT III

29. (Mis-numbered as 27.) CHD incorporates and responds to this paragraph with the same responses as paragraphs 1-18.

30. (Mis-numbered as 28.) Denied.

31. (Mis-numbered as 29.) Denied.

32. (Mis-numbered as 30.) Denied.

33. (Mis-numbered as 31.) Denied.

34. (Mis-numbered as 32.) Denied.

## [PLAINTIFF'S] REQUESTED RELIEF

CHD denies that Plaintiff is entitled to any relief and denies each of the allegations, averments, and other assertions contained in [Plaintiff's] Requested Relief.

## DEFENSES AND AFFIRMATIVE DEFENSES

CHD denies any allegations in the Complaint not specifically admitted above and hereby asserts the following defenses and affirmative defenses. CHD reserves the right to amend its Answer to add additional defenses, which may potentially include allegations of inequitable conduct, consistent with the facts discovered during the course of this case.

## FIRST DEFENSE
## (NON-INFRINGEMENT OF U.S. PATENT NO. 10,881,159)

CHD has not infringed any valid and enforceable claim of U.S. Patent No. 10,881,159.

## SECOND DEFENSE
## (NON-INFRINGEMENT OF US D879,382)

CHD has not infringed the design claimed in U.S. Patent No. D879,382.

## THIRD DEFENSE
## (NON-INFRINGEMENT OF US 10,945,477)

CHD has not infringed any valid and enforceable claim of U.S. Patent No. 10,945,477.

## FOURTH DEFENSE
## (INVALIDITY OF U.S. PATENT NO. 10,881,159)

The claims of U.S. Patent No. 10,881,159 are invalid for failure to comply with the conditions and requirements of patentability set forth in the patent statutes, including 35 U.S.C. §§101, 102, 103, and/or 112.

**FIFTH DEFENSE**

**(INVALIDITY OF U.S. PATENT NO. D879,382)**

The design claimed in U.S. Patent No. 10,881,159 is invalid for failure to comply with the conditions and requirements of patentability set forth in the patent statutes, including 35 U.S.C. §§102, 103, and/or 112.

More specifically and without limitation, the design claimed in U.S. Patent No. 10,881,159 is invalid for failing to distinguish from the prior art wig bands with ornamental features that are not primarily functional.

**SIXTH DEFENSE**

**(INVALIDITY OF U.S. PATENT NO. 10,945,477)**

The claims of U.S. Patent No. 10,945,477 are invalid for failure to comply with the conditions and requirements of patentability set forth in the patent statutes, including 35 U.S.C. §§101, 102, 103, and/or 112.

**SEVENTH DEFENSE**

**(LIMITATION ON DAMAGES UNDER 35 U.S.C. § 287)**

Plaintiff's claims for damages are limited, in whole or in part, under 35 U.S.C. 35 U.S.C. § 287.

**EIGHTH DEFENSE**

**(PROSECUTION DISCLAIMER AND**

**PROSECUTION HISTORY ESTOPPEL)**

Plaintiff's claims for relief are barred, in whole or in part, by the doctrines of prosecution disclaimer and prosecution history estoppel.

**NINTH DEFENSE**

**(LACK OF IRREPARABLE HARM)**

Plaintiff's claims for injunctive relief are barred because Plaintiff cannot show that it will suffer any irreparable harm from CHD's actions.

## TENTH DEFENSE

## (ADEQUATE REMEDY AT LAW)

Any alleged injury suffered by Plaintiff would be adequately compensated by damages. Accordingly, Plaintiff has a complete and adequate remedy at law and is not entitled to seek equitable relief.

## ELEVENTH DEFENSE

## (NO DAMAGES)

Without admitting that the Complaint states a claim, there has been no damage in any amount, manner, or at all by reason of any alleged act by CHD set forth in the Complaint, and the relief prayed for in the Complaint therefore cannot be granted.

WHEREFORE, defendant prays for judgment as follows:

1. That plaintiff takes nothing by way of its Complaint;

2. That the Complaint, and each and every purported claim for relief therein, be dismissed with prejudice;

3. That the asserted patents (US D879,382; 10,881,159; and 10,945,477) be found not infringed and/or invalid;

4. That defendant be awarded its costs of suit incurred herein, including attorneys' fees and expenses; and

5. For such other and further relief as the Court deems just and proper.

DATED: July 22, 2022

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/Drew Wilson
Drew Wilson

Lance G. Johnson
JOHNSON LEGAL PLLC
(Admitted Pro Hac Vice)

Attorneys for Defendant
*CREATEDHAIR DESIGNS, LLC* and
*CREATEDHAIR DESIGNS, INC.*

ANSWER TO FIRST AMENDED COMPLAINT
-6-