WILLIAM E. ADAMS (BAR NO. 153330)
william.adams@ffslaw.com
MARK B. MIZRAHI (BAR NO. 179384)
mark.mizrahi@ffslaw.com
FREEMAN, FREEMAN & SMILEY, LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

*Attorneys for Plaintiff, NG IMPORTS, INC.*

LANCE G. JOHNSON (Admitted *Pro Hac Vice*)
lance@lgjlegal.com
JOHNSON LEGAL PLLC
12545 White Drive
Fairfax, Virginia 22030-6413
Telephone: (202) 445-2000
Facsimile: (888) 492-1303

*Attorneys for Defendants, CREATEDHAIR DESIGNS, LLC and CREATEDHAIR, INC.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NG IMPORTS, INC., a California corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>CREATEDHAIR DESIGNS, LLC, a California limited liability company, et al.,<br><br>            Defendants. | Case No. 2:21-CV-08086 JAK (RAOx)<br><br>**JOINT REPORT RE: STATUS OF SETTLEMENT**<br><br>**The Hon. John A. Kronstadt**<br><br>Trial Date:   None Set |

5515078.1 27421-831

JOINT REPORT RE: STATUS OF SETTLEMENT

Pursuant to the Court's Order Setting Pretrial Deadlines (DKT. 26), plaintiff NG Imports, Inc. ("Plaintiff") and defendants CreatedHair, LLC and CreatedHair, Inc. (collectively, "Defendants"), by and through their respective counsel of record, hereby submit this Joint Report Re: Status of Settlement, as follows.

On May 25, 2022, the parties participated in an in-person Settlement Conference with Les J. Weinstein, Esq. from the Court's settlement panel.

The parties, however, were unable to reach a mutually acceptable settlement of the dispute in this case.

Respectfully Submitted,

DATED: September 2, 2022         FREEMAN, FREEMAN & SMILEY, LLP

By:     */s/ Mark B. Mizrahi*
MARK B. MIZRAHI
Attorneys for Plaintiff NG IMPORTS, INC.

DATED: September 2, 2022         JOHNSON LEGAL PLLC

By:     */s/ Lance G. Johnson*
LANCE G. JOHNSON
Attorneys for Defendant CREATEDHAIR DESIGNS, LLC

ANNE WANG (CA BAR NO. 151000)
awang@lewisroca.com
DREW WILSON (CA BAR NO. 283616)
dwilson@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

5515078.1 27421-831

2
JOINT REPORT RE: STATUS OF SETTLEMENT