|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NG IMPORTS, INC., a California corporation,<br><br>            Plaintiff,<br><br>v.<br><br>CREATEDHAIR DESIGNS, LLC, a California limited liability company, et al.,<br><br>            Defendants. | No. LA CV21-08086 JAK (RAOx)<br><br>**ORDER RE STIPULATION TO AMEND NAME OF PLAINTIFF (DKT. 53)** |

1

1  Based on a review of the parties' Stipulation to Amend Name of Plaintiff (the
2  "Stipulation" (Dkt. 53)), sufficient good cause has been shown for the requested relief.
3  Therefore, the Stipulation is **APPROVED**. NG LLC shall replace NG Inc. as the
4  plaintiff in this Action for all purposes, and all pleadings, discovery requests, discovery
5  responses, and all other documents relating to this lawsuit that were executed or prepared
6  prior to the date of this Order, or that are executed and prepared subsequent to the date of
7  this Order, are hereby reformed to correctly reflect the new name of Plaintiff, namely,
8  NG Imports, LLC and are valid and enforceable as if the new name of plaintiff appeared
9  from the outset of this Action.

11  **IT IS SO ORDERED.**

13  Dated: September 15, 2022  _____
14  John A. Kronstadt
15  United States District Judge

2