WILLIAM E. ADAMS (BAR NO. 153330)
william.adams@ffslaw.com
MARK B. MIZRAHI (BAR NO. 179384)
mark.mizrahi@ffslaw.com
FREEMAN, FREEMAN & SMILEY, LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:  (310) 255-6100
Facsimile:  (310) 255-6200

*Attorneys for Plaintiff, NG IMPORTS, LLC*

LANCE G. JOHNSON (Admitted *Pro Hac Vice*)
lance@lgjlegal.com
JOHNSON LEGAL PLLC
12545 White Drive
Fairfax, Virginia 22030-6413
Telephone:  (202) 445-2000
Facsimile:  (888) 492-1303

*Attorneys for Defendants, CREATEDHAIR DESIGNS, LLC and CREATEDHAIR, INC.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NG IMPORTS, LLC, a California limited liability company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CREATEDHAIR DESIGNS, LLC, a California limited liability company, et al.,<br><br>　　　　Defendants. | Case No. 2:21-CV-08086 JAK (RAOx)<br><br>**STIPULATION TO FURTER AMEND ORDER SETTING PRETRIAL DATES**<br><br>**The Hon. John A. Kronstadt**<br><br>Trial Date:　　None Set |

5545098.1 27421-831

Plaintiff NG Imports, LLC. ("Plaintiff"), on the one hand, and Defendants CreatedHair, LLC and CreatedHair, Inc. (collectively, "Defendants"), on the other hand, by and through their respective counsel of record, enter into this stipulation with respect to the following recitals:

WHEREAS, on February 28, 2022, the Court entered its Order Setting Pretrial Deadlines [DKT. 26] (the "Initial Scheduling Order");

WHEREAS, in the Initial Scheduling Order, the Court set various case deadlines, including the date on which it anticipated issuing its Markman ruling and various other deadlines that hinged directly on the Court's Markman ruling;

WHEREAS, because the Court had not yet issued its Markman ruling as of August 26, 2022, the parties jointly filed a stipulation [DKT. 50] to amend the Court's Initial Scheduling Order to afford the parties with additional time to meet the Court's deadlines;

WHEREAS, on September 9, 2022, the Court entered an order approving the stipulation in part [DKT. 52] (the "Amended Scheduling Order");

WHEREAS, on September 22, 2022, the Court entered its Order Regarding Claim Construction [DKT. 55] (the "Claim Construction Order");

WHEREAS, Plaintiff filed a Motion for Consideration of the Claim Construction Order, pursuant to Local Civil Rule 7-18, on October 6, 2022 [DKT. 57 and 58], set for hearing on December 5, 2022;

WHEREAS, the Court's ruling on the anticipated Motion for Reconsideration will directly impact the various filings required under the Amended Scheduling Order, including the November 7, 2022 deadline to serve Final Infringement Contentions, Expert Reports on Issues where Patentee has the Burden of Proof, and Advice of Counsel Disclosures;

WHEREAS, the parties, and their anticipated experts, will require additional time in order to meet the above deadlines, once the Court rules on the Motion for Reconsideration;

1  WHEREAS, counsel for Plaintiff and counsel for Defendants have conferred
2  and jointly believe that extending the case deadlines set forth in the Scheduling Order
3  by approximately 63 days, as set forth in Exhibit A to the [Proposed] Order on
4  Stipulation to Further Amend Order Setting Pretrial Dates lodged herewith, will lead
5  to a more just and inexpensive determination of this action, consistent with Fed. R.
6  Civ. P. Rule 1;
7  THEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiff and
8  Defendants, through their respective undersigned counsel, subject to approval by this
9  Honorable Court, that the Court's Amended Scheduling Order be amended as set forth
10 in Exhibit A to the [Proposed] Order on Stipulation to Further Amend Order Setting
11 Pretrial Dates lodged herewith.

**IT IS SO STIPULATED.**

DATED: October 12, 2022          FREEMAN, FREEMAN & SMILEY, LLP

By:     */s/ Mark B. Mizrahi*
MARK B. MIZRAHI
Attorneys for Plaintiff NG IMPORTS, LLC

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

5545098.1 27421-831

3
STIPULATION TO FURTHER AMEND ORDER SETTING PRETRIAL DATES

| | | |
|---|---|---|
| 1 | DATED: October 12, 2022 | JOHNSON LEGAL PLLC |

By: _____/s/ Lance G. Johnson_____
LANCE G. JOHNSON
Attorneys for Defendant CREATEDHAIR DESIGNS, LLC and CREATEDHAIR, INC.

ANNE WANG (CA BAR NO. 151000)
awang@lewisroca.com
DREW WILSON (CA BAR NO. 283616)
dwilson@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100