WILLIAM E. ADAMS (BAR NO. 153330)
william.adams@ffslaw.com
MARK B. MIZRAHI (BAR NO. 179384)
mark.mizrahi@ffslaw.com
FREEMAN, FREEMAN & SMILEY, LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

*Attorneys for Plaintiff,*
*NG IMPORTS, LLC*

LANCE G. JOHNSON (Admitted *Pro Hac Vice*)
lance@lgjlegal.com
JOHNSON LEGAL PLLC
12545 White Drive
Fairfax, Virginia 22030-6413
Telephone: (202) 445-2000
Facsimile: (888) 492-1303

*Attorneys for Defendants,*
*CREATEDHAIR DESIGNS, LLC*
*and CREATEDHAIR, INC.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NG IMPORTS, LLC, a California limited liability company, | Case No. 2:21-CV-08086 JAK (RAOx) |
| Plaintiff, | **STIPULATION TO TAKE DEPOSITIONS AFTER THE DISCOVERY CUTOFF** |
| vs. | **The Hon. John A. Kronstadt** |
| CREATEDHAIR DESIGNS, LLC, a California limited liability company, et al., | Trial Date: None Set |
| Defendants. | *[Proposed Order Lodged Concurrently Herewith]* |

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1   Plaintiff NG Imports, LLC. ("Plaintiff"), on the one hand, and Defendants
2   CreatedHair, LLC and CreatedHair, Inc. (collectively, "Defendants"), on the other
3   hand, by and through their respective counsel of record, enter into this stipulation with
4   respect to the following recitals:

5   WHEREAS, on October 18, 2022, the Court entered its Order Re Stipulation
6   to Further Amend Order Setting Pretrial Dates [DKT. 60] (the "Operative Scheduling
7   Order");

8   WHEREAS, in the Operative Scheduling Order, the Court set various case
9   deadlines, including the Discovery Cut-Off of April 10, 2023;

10   WHEREAS, because of an injury suffered by Defendants' principal, Amy
11   Gibson (which may require surgery), she will not be available to submit to deposition
12   either in her individual capacity or as Defendants' Fed. R. Civ. P. 30(b)(6) designee
13   prior to the April 10, 2023 Discovery Cutoff;

14   WHEREAS, due to scheduling conflicts, Defendants' expert witness, Bobbi
15   Russell, cannot submit to a full day of deposition prior to the April 10, 2023 Discovery
16   Cutoff;

17   WHEREAS, counsel for Plaintiff and counsel for Defendants have conferred
18   and are prepared to conduct the depositions of Amy Gibson, Defendants' Fed. R. Civ.
19   P. 30(b)(6) designee(s), and Bobbi Russell on dates after the Discovery Cutoff, by or
20   on May 15, 2023;

21   THEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiff and
22   Defendants, through their respective undersigned counsel, subject to approval by this
23   Honorable Court, that, while the discovery cut-off of April 10, 2023 shall remain in
24   effect, the time by which Plaintiff may take the depositions of Amy Gibson,
25   Defendants' Fed. R. Civ. P. 30(b)(6) designee, and Bobbi Russell shall be extended
26   to and including May 15, 2023.

27   **IT IS SO STIPULATED.**

28

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1   DATED: March 24, 2023          FREEMAN, FREEMAN & SMILEY, LLP

2

3

4                                 By:      /s/  Mark B. Mizrahi
                                       MARK B. MIZRAHI
5                                      Attorneys for Plaintiff NG IMPORTS,
                                       LLC
6

7   DATED: March 24, 2023          JOHNSON LEGAL PLLC

8

9

10                                By:      /s/ Lance G. Johnson
                                       LANCE G. JOHNSON
11                                     Attorneys for Defendant CREATEDHAIR
                                       DESIGNS, LLC and CREATEDHAIR,
12                                     INC.

13                                     ANNE WANG (CA BAR NO. 151000)
14                                     awang@lewisroca.com
                                       DREW WILSON (CA BAR NO. 283616)
15                                     dwilson@lewisroca.com
                                       LEWIS ROCA ROTHGERBER
16                                     CHRISTIE LLP

17

18

19

20

21

22

23

24

25

26

27

28

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

5735772.1 27421-831

STIPULATION TO TAKE DEPOSITIONS AFTER THE DISCOVERY CUTOFF