# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NG IMPORTS, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>CREATEDHAIR DESIGNS, LLC, a California limited liability company, et al.,<br><br>    Defendants. | Case No. 2:21-CV-08086 JAK (RAOx)<br><br>**ORDER RE: STIPULATION TO TAKE DEPOSITIONS AFTER THE DISCOVERY CUTOFF (DKT. 85)** |

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1  Based on the parties' Stipulation to Take Depositions after the Discovery
2  Cutoff (the "Stipulation" (Dkt. 85)), sufficient good cause has been shown.
3  THEREFORE, IT IS HEREBY ORDERED that, while the discovery cut-off of
4  April 10, 2023 shall remain in effect, the time for Plaintiff to take the depositions of
5  Amy Gibson, Defendants' Fed. R. Civ. P. 30(b)(6) designee, and Bobbi Russell shall
6  be extended to and including May 15, 2023.

**IT IS SO ORDERED.**

Dated: April 3, 2023

John A. Kronstadt
United States District Judge

5735886.1 27421-831

2

ORDER RE: STIPULATION TO TAKE DEPOSITIONS AFTER THE DISCOVERY CUTOFF