1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| NG IMPORTS, LLC, a California limited liability company,<br><br>        Plaintiff,<br><br>v.<br><br>CREATEDHAIR DESIGNS, LLC, a California limited liability company, et al.,<br><br>        Defendants. | No. 2:21-cv-08086-JAK (RAOx)<br><br>**ORDER RE STIPULATION TO EXTEND DEADLINE BY WHICH TO FILE JOINT REPORT WITH THE COURT (DKT. 90)** |
|---|---|

1

1  Based on a review of the Stipulation to Extend Deadline by Which to File Joint Report with the Court (the "Stipulation" (Dkt. 90)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

The date by which the parties must submit a joint report is continued from July 12, 2023, to August 14, 2023.

**IT IS SO ORDERED.**

Dated: July 12, 2023

John A. Kronstadt
United States District Judge