MARK B. MIZRAHI (BAR NO. 179384)
mark.mizrahi@saul.com
SAUL EWING, LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

*Attorneys for Plaintiff, NG IMPORTS, LLC*

LANCE G. JOHNSON (Admitted *Pro Hac Vice*)
lance@lgjlegal.com
JOHNSON LEGAL PLLC
12545 White Drive
Fairfax, Virginia 22030-6413
Telephone: (202) 445-2000
Facsimile: (888) 492-1303

*Attorneys for Defendants,
CREATEDHAIR DESIGNS, LLC
and CREATEDHAIR, INC.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NG IMPORTS, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>CREATEDHAIR DESIGNS, LLC, a California limited liability company, et al.,<br><br>    Defendants. | Case No. 2:21-CV-08086 JAK (RAOx)<br><br>**JOINT STIPULATION FOR ENTRY OF FINAL JUDGMENT**<br><br>**The Hon. John A. Kronstadt**<br><br>Trial Date: June 11, 2024 |

51809145.1 727421-00831

JOINT STIPULATION FOR ENTRY OF FINAL JUDGMENT

51805671.1

Plaintiff NG Imports, LLC ("Plaintiff") and Defendants CreatedHair Designs LLC, and CreatedHair, Inc. (collectively, "Defendants"), through their undersigned counsel of record, hereby stipulate as follows:

1. In its First Amended Complaint, Plaintiff asserted that Defendants infringed claims of U.S. Patent No. 10,881,159 (COUNT I) and U.S. Patent No. 10,945,477 (COUNT III).

2. The Court's September 21, 2022 Order Regarding Claim Construction, Dkt. 55, held that the appropriate construction for the claim term "the wig grip apparatus terminates at the forward periphery" was "Plain and ordinary meaning, i.e., 'the forward periphery of the mesh element is the most forward portion of the wig grip apparatus.'" Dkt. 55, p. 12.

3. In the Court's June 27, 2023 Order Regarding Summary Judgment Motions (Dkt. 88), the Court held "Accordingly, because prosecution history estoppel bars Plaintiff's doctrine of equivalents argument… Defendants' motion for summary judgment of non-infringement as to the asserted utility patents is GRANTED." Dkt. 88, p. 10.

4. In the Court's June 27, 2023 Order Regarding Summary Judgment Motions (Dkt. 88), the Court also held "[f]or the reasons stated with respect to Defendants' motion for summary judgment of non-infringement, Plaintiff may not raise infringement under the doctrine of equivalents based on the narrowing amendment 'the wig grip apparatus terminates at the forward periphery' of the mesh element. Accordingly… Plaintiff's motion for summary judgment of utility patent infringement is DENIED." Dkt. 88, p. 13.

5. Therefore, Plaintiff and Defendants stipulate that this Court should enter a final judgment against Plaintiff and in favor of Defendants of non-infringement as to Counts I and III of Plaintiff's First Amended Complaint (Dkt. 45), pursuant to Federal Rule of Civil Procedure 58(a).

5. Plaintiff reserves all rights to appeal this Court's judgment.

Respectfully Submitted,

DATED: February 23, 2024       SAUL EWING, LLP


By: _____*/s/ Mark B. Mizrahi*_____
   MARK B. MIZRAHI
   Attorneys for Plaintiff NG IMPORTS, LLC


DATED: February 23, 2024       JOHNSON LEGAL PLLC


By: _____*/s/ Lance G. Johnson*_____
   LANCE G. JOHNSON
   Attorneys for Defendant CREATEDHAIR DESIGNS, LLC

   ANNE WANG (CA BAR NO. 151000)
   awang@lewisroca.com
   DREW WILSON (CA BAR NO. 283616)
   dwilson@lewisroca.com
   LEWIS ROCA ROTHGERBER CHRISTIE LLP

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

51809145.1 727421-00831

3

JOINT STIPULATION FOR ENTRY OF FINAL JUDGMENT

51805671.1

## SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: February 23, 2024        SAUL EWING, LLP


By:    */s/ Mark B. Mizrahi*
       MARK B. MIZRAHI
       Attorneys for Plaintiff NG IMPORTS, LLC

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

51809145.1 727421-00831
51805671.1

4
JOINT STIPULATION FOR ENTRY OF FINAL JUDGMENT