1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NG IMPORTS, LLC, a California limited liability company, | No. 2:21-cv-08086-JAK (RAOx) |
| Plaintiff, | **JUDGMENT** |
| v. | JS-6 |
| CREATEDHAIR DESIGNS, LLC, a California limited liability company; CREATED HAIR, INC., a California corporation, | |
| Defendant. | |

WHEREAS, in its First Amended Complaint, Plaintiff asserted that Defendants infringed claims of U.S. Patent No. 10,881,159 (COUNT I) and U.S. Patent No. 10,945,477 (COUNT III);

WHEREAS, on September 21, 2022, the Order Regarding Claim Construction determined that the appropriate construction for the claim term "the wig grip apparatus terminates at the forward periphery" was "Plain and ordinary meaning, i.e., 'the forward periphery of the mesh element is the most forward portion of the wig grip apparatus.' "

1

WHEREAS, on June 27, 2023, the Order Regarding Summary Judgment Motions stated: "Accordingly, because prosecution history estoppel bars Plaintiff's doctrine of equivalents argument… Defendants' motion for summary judgment of non-infringement as to the asserted utility patents is GRANTED."

WHEREAS, on June 27, 2023, the Order Regarding Summary Judgment Motions also stated: "For the reasons stated with respect to Defendants' motion for summary judgment of non-infringement, Plaintiff may not raise infringement under the doctrine of equivalents based on the narrowing amendment 'the wig grip apparatus terminates at the forward periphery' of the mesh element.  Accordingly… Plaintiff's motion for summary judgment of utility patent infringement is DENIED."

NOW, THEREFORE, final Judgment of non-infringement as to Counts I and III of Plaintiff's First Amended Complaint is entered against Plaintiff and in favor of Defendants, pursuant to Fed. R. Civ. P. 58(a), with Plaintiff reserving all rights to appeal this judgment.

**IT IS SO ORDERED.**

Dated: ___February 27, 2024___

John A. Kronstadt
United States District Judge

2