ANNE WANG (CA BAR NO. 151000)
awang@lewisroca.com
DREW WILSON (CA BAR NO. 283616)
dwilson@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
655 North Central Avenue, Suite 2300
Glendale, California 91203-1445
Telephone: (626) 795-9900

LANCE G. JOHNSON (Admitted *Pro Hac Vice*)
lance@lgjlegal.com
JOHNSON LEGAL PLLC
12545 White Drive
Fairfax, Virginia 22030-6413
Telephone: (202) 445-2000
Facsimile: (888) 492-1303

Attorneys for Defendants
CREATEDHAIR DESIGNS, LLC
CREATEDHAIR, INC.

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NG IMPORTS, LLC, a California limited liability company,<br><br>  Plaintiff,<br><br>  vs.<br><br>CREATEDHAIR DESIGNS, LLC, a California limited liability company; and CREATEDHAIR, INC., a California corporation,<br><br>  Defendants. | Case No.: 2:21-cv-08086-JAK-RAO<br><br>**NOTICE OF RECEIPT OF PAYMENT FOR ALLOWED COSTS**<br><br>**Hon. John A. Kronstadt** |

The undersigned hereby confirms receipt of payment from Plaintiff NG Imports LLC for the allowed costs of this matter (Dkt. 123).

Dated: May 9, 2024

Respectfully submitted,

/s/Lance G. Johnson
Lance G. Johnson
JOHNSON LEGAL PLLC

Drew Wilson
LEWIS ROCA ROTHGERBER CHRISTIE LLP

Attorneys for Defendants
CREATEDHAIR DESIGNS, LLC and
CREATED HAIR, INC.